# EXHIBIT A

BERTHA MARTINEZ  4/29/2010

1  go to the bathroom, but I couldn't take her until the

2  investigation was over.

3    Q.  Other than her crying and being nervous, did

4  you see anything else she was doing?  Was she doing the

5  fidgiting hands thing?

6    A.  The whole time she was nervous, she wasn't

7  settled, she wanted to get up.  We tried to calm her

8  down, telling her that they were going to leave soon.

9  She was crying and complaining.

10    Q.  When you say she's complaining, how does she

11  complain?

12    A.  Well, she doesn't talk very well.  She only

13  says a couple of words.  I know how she is and how she

14  acts.  That's why I tell you, you know, she was nervous.

15    Q.  Right.  If you could explain it, maybe explain

16  what she does when she gets nervous.  You said some

17  things.  Is there anything else she does when she gets

18  nervous?

19    A.  She wants to get up, we tell her to sit down,

20  she doesn't want to sit down.  She was turning around

21  and she saw the men, you know, everywhere in the house.

22  She was scared.  She didn't know what was going on

23  there.  That's all.

24    Q.  Did she do anything like scream out, yell?  Did

25  she do any of that?

77

DOKICH COURT REPORTERS, INC.
800-720-9679

BERTHA MARTINEZ  4/29/2010

1    officers touch you in any way?

2        A.   No.

3        Q.   Did any of the officers touch Wendy in any way?

4        A.   No.

5        Q.   Did any of the officers touch Maritza in any

6    way?

7        A.   No.

8        Q.   Did the officers show you a copy of the search

9    warrant -- or did anyone show you a copy of the search

10   warrant?

11       A.   They showed it when they were leaving.

12       Q.   Did they give you a copy of that?

13       A.   Yes.

14       Q.   Do you still have that?

15       A.   Yes.

16       Q.   Now, going to the second incident, do you

17   recall that?

18       A.   Yes.

19       Q.   When did you first see any police officer

20   during the second incident?

21       A.   Can you repeat the question?

22       Q.   Yeah.  What time was it during the second

23   incident that you first saw a police officer, you know,

24   on your property, at your house?

25       A.   It was about 10:00 or 11:00 in the morning.

                                                        84

BERTHA MARTINEZ  4/29/2010

1    Q.   Who was it that you saw?

2    A.   The investigator from Los Angeles had come and

3    also the officer from Maywood and another person from

4    Los Angeles.

5    Q.   When you say the investigator from Los Angeles,

6    do you mean the Filipino guy that you were talking about

7    earlier?

8    A.   Yes.

9    Q.   And the officer from Maywood, was it the same

10   officer that was there during the first incident?

11   A.   Yes.

12   Q.   Do you know that officer's name from Maywood?

13   A.   Officer Serrata.  Serrara.  I don't know.

14   Q.   The investigator from L.A., do you know that

15   officer's name?

16   A.   I don't remember right now.

17   Q.   How about the other officer from L.A., do you

18   know that person's name?

19   A.   No.  But he spoke Spanish.

20   Q.   Okay.  Were there any other officers other than

21   these three during the second incident?

22   A.   When they came in, it was those three.

23   Q.   But later did more officers show up?

24   A.   Yes.  Several.

25   Q.   Where were those officers from?

85

DOKICH COURT REPORTERS, INC.
800-720-9679

BERTHA MARTINEZ  4/29/2010

1    A.  From Los Angeles.

2    Q.  Anywhere else?

3    A.  Yes.  Another person from Maywood also came.

4    Q.  Do you know that officer's name from Maywood,

5  the other officer?

6    A.  Garcia.

7    Q.  Do you know the officer's first name?

8    A.  No, I can't remember right now.  I only know

9  his last name was Garcia.

10    Q.  Do you know any of the officers from L.A. who

11  showed up, do you know their names?

12    A.  No.

13    Q.  Where were you when you first saw any officer

14  during the second incident?

15    A.  I was in my garage.

16    Q.  What were you doing in the garage?

17    A.  Well, I was in there doing things with my

18  daughter, with Maritza.

19    Q.  What were you doing?

20    A.  Putting things away.

21    Q.  What were you putting away?

22    A.  Well, clothing, diaper boxes.

23    Q.  Who did you first see?  What officer did you

24  first see?

25    A.  The one from Los Angeles was in front.

86

DOKICH COURT REPORTERS, INC.
800-720-9679

BERTHA MARTINEZ  4/29/2010

1    Q.   Were the three officers there when you first

2    saw the --

3    A.   Yes, together.

4    Q.   And then what happened after you first saw the

5    officers, what's the first thing that happened?

6    A.   They came up to the garage and the person who

7    spoke Spanish told me that they wanted me to turn in to

8    them the weapon.

9    Q.   And then what did you say in response to that?

10   A.   I told them that there wasn't anything here.

11   Q.   Then what happened?

12   A.   I told -- I told them to look, to gladly go

13   ahead and look, there's nothing here.  And to leave me

14   here with my daughter, because when she saw them she got

15   nervous again and started crying.

16   Q.   Then what happened?

17   A.   I just told them to go ahead and look and I'll

18   stay here on the couch with my daughter while you guys

19   go look because she was nervous.

20   Q.   Then what happened?

21   A.   She got nervous and started crying.  But they

22   told me that I -- they couldn't leave me there.

23   Q.   Maritza started crying and got nervous?

24   A.   Yes.

25   Q.   And then what happened?

87

1    A.  They took us into the living room through the

2  kitchen.

3    Q.  Took you and Maritza?

4    A.  Yeah.  I took Maritza by the hand.  Yeah, but

5  ever since they came in, she -- she just got nervous.

6    Q.  So, then, was it the same three officers that

7  took you and Maritza through the kitchen to the living

8  room?

9    A.  Yes.

10    Q.  And then what happened after they took you

11  through the kitchen to the living room?  Then what

12  happens?

13    A.  They had us sit down.  We were there for awhile

14  in the living room.

15    Q.  How long did they have you sit down?

16    A.  About half an hour to an hour.

17    Q.  During that half an hour to an hour, what did

18  you see?

19    A.  Well, they just told me to give them the

20  weapons, and I told them I didn't have any weapons here.

21  And that if I didn't turn in the weapons, they were

22  going to bring dogs.  And if we bring the dogs and find

23  something, we're going to take you away.

24    Q.  Who told you to give them the weapons?

25    A.  The investigator from Los Angeles.  But he had

88

BERTHA MARTINEZ   4/29/2010

1    someone with him who spoke Spanish.

2       Q.   Who told you if you don't turn in the weapons

3    we're going to bring the dogs, and if we find something

4    we're going to take you away, who told you that?

5       A.   The same one.

6       Q.   Then what happened after that?

7       A.   They began looking through the house again.

8    They were walking through the rooms.

9       Q.   Who is "they"?

10      A.   Well, it was the one from Los Angeles and one

11   from Maywood.

12      Q.   Was it the same Filipino guy when you say the

13   L.A.?

14      A.   Yes.

15      Q.   And then Maywood, you mean Serrata?

16      A.   Yes.

17      Q.   Okay.   Then what happened?   What's the next

18   thing you saw?

19      A.   Well, then they started to really threaten me.

20      Q.   How did they threaten you?

21      A.   He told me that if I didn't give them the

22   weapons, they were going to take Maritza away from me.

23      Q.   Who told you that?

24      A.   The officer from Los Angeles.

25      Q.   And then what happened after that?

89

DOKICH COURT REPORTERS, INC.
800-720-9679

BERTHA MARTINEZ · 4/29/2010

1      A.  Well, then Officer Serrata was also there and

2   like making fun of me, was telling me they were going to

3   put me in jail and take my daughter away from me.

4      Q.  And then what else was said?  Or what else did

5   you see or hear after that?

6      A.  Well, when I was in the living room, the one

7   who spoke Spanish told me to try and cooperate with them

8   because if I didn't they were going to take me to jail

9   and take my daughter away.

10      Q.  Okay.  Anything else while you were in the

11   living room that the officer said to you?

12      A.  Well, you know, from the start my daughter was

13   nervous and she started crying.  And she was nervous the

14   whole time.  I held her and told her that they were

15   going to leave soon, to not be afraid.  They were going

16   through the house again checking everything.

17      Q.  Anything else that you recall the officers

18   saying to you while you were in the living room?

19      A.  When I was in the living room, the officer from

20   Maywood told me that I was a bad woman, you might even

21   be a chola.  They're going to take your daughter away

22   from her, they're going to take her, the Child

23   Protective Services.

24      Q.  Anything else the officer said to you while you

25   were in the living room?

90

DOKICH COURT REPORTERS, INC.
800-720-9679

BERTHA MARTINEZ  4/29/2010

1    A.  From there they took us outside in front.

2    Q.  Hold on a second before we get there.  While
3    you're in the living room, did the officers say anything
4    else to you that you can recall?

5    A.  The officer from Maywood was laughing, telling
6    me that they were going to take me away for not
7    cooperating, that maybe I was in a chola gang.  I told
8    him, "No.  Don't take my daughter away.  I'm always here
9    at home taking care of my children.  I'm not a bad
10   mother."

11       They made my daughter like a target so that I
12   could give them something that was in my house.  The
13   officer told me that everything depended on what the
14   investigator decided.  And then that's when they took us
15   outside.

16   Q.  What officer said that it depends on what the
17   investigator decided?  Who said that?

18   A.  The one from L.A.

19   Q.  Was that the interpreter?

20   A.  Yes, the one who spoke Spanish.

21   Q.  Who was present when you were talking with
22   these officers?  Were all three of the officers still
23   present?

24   A.  The one that was always with us was Officer
25   Serrata.  He was always there with us, and the one that
                                                        91

BERTHA MARTINEZ  4/29/2010

1  spoke Spanish.

2       Q.   Who else was there in the living room?

3       A.   There were also some other officers, but they

4  were just going around checking the house.

5       Q.   Okay.  Then they take you outside; correct?

6       A.   Uh-huh.

7       Q.   In Spanish, not "uh-huh."

8       A.   Yes.

9       Q.   Who took you outside?

10      A.   The investigator took us out front.

11      Q.   From L.A.?

12      A.   Yes.

13      Q.   Was that the one -- the Filipino?

14      A.   Yes.

15      Q.   Did he take you and Maritza outside?

16      A.   Yes.

17      Q.   Where was the Maywood officer when you were

18  taken outside?

19      A.   He was outside.  They came in and went out.

20      Q.   No.  I want to know where was the Maywood

21  officer when the L.A. officer took you outside.

22      A.   Inside the living room.

23      Q.   When you went outside, was it just you,

24  Maritza, and the L.A. officer?

25      A.   No.  Also my nephew Joaquin.

                                                    92

BERTHA MARTINEZ  4/29/2010

1    Q.  When did you first see Joaquin?

2    A.  He was there for a little while.  He was at my

3  house for about a week.

4    Q.  No.  I mean during the second incident where

5  was Joaquin when the police showed up?

6    A.  He was there in front of the house.

7    Q.  All right.  So the L.A. officer took you,

8  Maritza, and Joaquin out to the front?

9    A.  Yes.

10   Q.  Remember to make sure to let her translate the

11  question completely.  You're jumping ahead a little bit.

12       Then what happened after you were taken

13  outside -- out front; correct?

14   A.  Yes.

15   Q.  What happened after you were taken out front?

16   A.  Out front we were standing outside for about

17  half an hour.

18   Q.  When you say "we," you mean you and Maritza and

19  Joaquin?

20   A.  Yes.

21   Q.  What did you see during that half an hour?

22   A.  I didn't see anything.  They were all inside.

23  Outside there were a couple who were watching us, but

24  everybody else was walking around inside.

25   Q.  You say "they" were inside, you mean the

                                                      93

DOKICH COURT REPORTERS, INC.
800-720-9679

BERTHA MARTINEZ  4/29/2010

1   officers were inside?

2       A.  Yes.

3       Q.  Then you said there were a couple watching you.

4   You mean a couple officers watching you?

5       A.  Yes, outside.

6       Q.  The couple of officers that were outside, where

7   were they from?

8       A.  From Los Angeles.

9       Q.  Anything else you recall seeing while you were

10  outside for that half an hour?

11      A.  Well, they came in and left.  I was outside

12  with my daughter.  I just was trying to calm her down

13  because she had become so nervous.

14      Q.  Was Maritza still crying during that half hour?

15      A.  Yes.  She was very nervous.  But I was with her

16  there.

17      Q.  And Joaquin was with you too?

18      A.  They had him separate from us.

19      Q.  Anything else you recall happening while you

20  were outside during that half an hour?

21      A.  Well, a cousin called me and I answered the

22  phone.  I told her that they were in my house again,

23  then to call my daughter.  I didn't know what was going

24  to happen.  Because they're telling me that they're

    going to take Maritza away.  That was it.  They took the

                                                    94

DOKICH COURT REPORTERS, INC.
800-720-9679

BERTHA MARTINEZ  4/29/2010

1  A.  The person who spoke Spanish told me that I

2  needed to go inside again, they were going to ask me

3  some questions, and to go in the living room.

4  Q.  Then what happened?

5  A.  I took my daughter by the hand and they told me

6  that I couldn't take her inside.

7  Q.  Who told you?

8  A.  The ones from Los Angeles.

9  Q.  And then what happened after that?

10  A.  My daughter didn't want to let go of me.  She

11  started crying and screaming.  And I didn't want to

12  leave her there and she didn't want me to leave her

13  there.

14  Q.  Then what happened?

15  A.  I told him that I was going to take my daughter

16  inside, that she needs to be under my supervision all

17  the time.

18  Q.  Told who?

19  A.  To the officer who told me to go inside.

20  Q.  Who was that?

21  A.  The one who spoke Spanish.

22  Q.  Then what happened after that?

23  A.  With some effort I told my daughter to stay

24  here, but she didn't want to let go of me.  She stayed

25  outside there crying.

98

BERTHA MARTINEZ  4/29/2010

1    Q.   When you say "stay here," where exactly?

2    A.   Well, they didn't let her go in.

3    Q.   I know.  But where was it that you said "stay

4    here"?  Where was it?  Was it by the car, was it on the

5    porch?  Where was it that you told her to stay?

6    A.   When they told me to go inside, I grabbed my

7    daughter.  I grabbed her by the hand.  And at the

8    entrance where the door is, they told me, "No, your

9    daughter can't go in, only you."

10   Q.   Who told you that at the door entrance?

11   A.   The person who spoke Spanish.

12   Q.   And then what happened after that?

13   A.   Well, I told them to let me take her in, I

14   can't leave her alone, she doesn't know anybody.  She

15   was crying and nervous.  I went to leave her alone

16   there, but she wouldn't let go of me.  She was pulling

17   me.

18   Q.   Then you said with some effort you told your

19   daughter to stay there.

20   A.   I told the officers that "I want to take my

21   daughter with me.  Ask me whatever you want, but I want

22   my daughter here."

23   Q.   Okay.  And then what happens?

24   A.   Well, from there they took me out back.

25   Q.   Who took you?

99

BERTHA MARTINEZ  4/29/2010

1   A.  The officers.

2   Q.  Which officers?

3   A.  From Los Angeles and Maywood.

4   Q.  Where was Joaquin at this time?

5   A.  They had him separated from us.

6   Q.  Where, though, do you know where?

7   A.  He was never in contact with my daughter.

8   Q.  I know.  But do you know where he was?

9   A.  Well, when I was with my daughter, they had him

10  over in the corner by the fence.

11  Q.  How far away was he when you were with your

12  daughter?

13  A.  From my daughter, was pretty far.  My daughter

14  stayed on the stairs and he was pretty far away from

15  her.

16  Q.  I know.  How far, your best estimate, how far

17  away was he?

18  A.  Seven or eight meters.

19  Q.  Okay.  Then what happened after the officers

20  took you to the back?

21  A.  In the back they started to threaten me.

22  Q.  How?

23  A.  That if I didn't give them the weapons, they

24  were going to take my daughter.

25  Q.  Who threatened you?

                                          100

BERTHA MARTINEZ  4/29/2010

1    A.  The officers from Los Angeles and also the

2  officer from Maywood.

3    Q.  What else?  What happened next?

4    A.  I was out back for, oh, a while.  I didn't see

5  my daughter.  And they also brought the dogs.

6    Q.  How long were you out back?

7    A.  About three to four hours, more or less.

8    Q.  What did you observe during those three to four

9  hours?  What did you see?

10   A.  Well, they were walking around.  But I was out

11  back, so I didn't really know what was going on.

12   Q.  I just want to know what you saw when you were

13  out back.

14   A.  In the back they were just checking.  The

15  officers were walking all around from side to side

16  checking things.

17   Q.  Did you have any other conversations with the

18  officers while you were out back?

19   A.  Well, I wanted to go back inside and take my

20  daughter with me out back.  And they told me that if I

21  went inside, they were going to handcuff me.  And I told

22  them that I wanted my daughter here with me.  "Look

23  through the house.  But what's important to me is my

24  daughter."  They told me that, "No, a car was already on

25  its way to take her away."

                                                    101

BERTHA MARTINEZ  4/29/2010

1  Q.  Take who away?

2  A.  Maritza.

3  Q.  Okay.  Who was telling you this stuff?

4  A.  The officer from Maywood and Officer Serrata

5  told me that they were going to take my daughter.  And

6  they told me like as if they were making fun of me.

7  Q.  Okay.  You keep say "they."  So can you be

8  specific and tell me who was saying these things?

9  MS. ANDERSON-BARKER:  Well, just ask her,

10  Jonyson, directly who said this.

11  MR. PIERCE:  I am.

12  Q.  I'm asking if you could just be a little more

13  clear and identify who you mean when you say "they."

14  A.  The one from Maywood and from Los Angeles.

15  Q.  Okay.  What else did they say to you while you

16  were back there for those three to four hours?

17  Specifically say what officer said what.

18  A.  The other officer from Maywood arrived, Officer

19  Garcia.  He came directly to me out back.  Officer

20  Serrata from Maywood was watching me.  The officer from

21  Maywood, Officer Garcia, told me "We're going to take

22  your daughter away from you.  And that a van was going

23  to come and take her away.  Tell me where your

24  daughter's clothes are.  And if she is on her menstrual

25  cycle, tell me where her sanitary products are because

102

DOKICH COURT REPORTERS, INC.
800-720-9679

BERTHA MARTINEZ   4/29/2010

1   we're going to take your daughter, we're going to take
2   her away from you."
3       Q.   And this was Officer Garcia?
4       A.   Yes.
5       Q.   Who else was present when Officer Garcia said
6   this?
7       A.   Officer Serrata and also some other officers
8   from Los Angeles.  But since they were coming in and
9   going out --
10      Q.   How long had you been in the back before you
11  saw Officer Garcia?
12      A.   About an hour, more or less.
13      Q.   Anything else that Officer Garcia said to you
14  while you were out back?
15      A.   He told me, "If you had a weapon, where would
16  you hide it"?
17           And I told him, "Why are you asking me this?"
18           And he told me, "No, I want you to answer."
19           And I told him, "No, I don't have anything."
20           Garcia and Serrata were there, but they went a
21  little bit further away from me where I was in the back.
22  And I overheard them saying that they were pressuring me
23  with Maritza so that I would talk.
24      Q.   Anything else you recall Officer Garcia saying
25  or Officer Serrata saying when they were in the back

                                                    103

BERTHA MARTINEZ  4/29/2010

1   with you?

2       A.  Well, they went over into the corner talking.

3   I really couldn't hear what they were saying very well.

4       Q.  Go ahead.

5       A.  Well, before he left, Officer Garcia said,

6   "Well, oh, well, your daughter's going to be taken away

7   and you're not going to be able to see her again."

8       MS. ANDERSON-BARKER:  Can I just ask the

9   interpreter a question.

10      Did she say "is going to be" or "was taken

11  away"?  Can we clarify that?

12      THE INTERPRETER:  I'll clarify.

13      THE WITNESS:  No.  He told me that now they

14  were going to take her and also they need her clothing.

15  BY MR. PIERCE:

16      Q.  What else did Officer Garcia say to you while

17  in the back?

18      A.  Well, that's what he told me.  And then I

19  thought, well, they're going to take my daughter, that's

20  why they're going to get her clothes.

21      Q.  Anything else that you heard Officer Garcia

22  say?

23      A.  Some words, but since it was in English, I --

24      Q.  Since it was in English what?

25      A.  Some words I understand.  What I did hear them

                                                    104

BERTHA MARTINEZ 4/29/2010

1 say was that they had to pressure me with the girl.

2 Q. Anything else that you heard Officer Garcia say

3 while he was in the back?

4 A. Well, when he was leaving, he said, "Well, now

5 they're going to take your daughter."

6 Q. Anything else you heard Officer Garcia say?

7 A. No. I didn't see him after that.

8 Q. Do you know what time it was when Garcia first

9 showed up in the back?

10 A. No. Because I started feeling bad and I was

11 out back. I don't know how long I was out back.

12 MS. ANDERSON-BARKER: I think we need to --

13 it's been an hour. Can we take a short break, restroom,

14 whatever.

15 MR. PIERCE: Sure.

16 (Break taken from 2:05 p.m. to 2:22 p.m.)

17 BY MR. PIERCE:

18 Q. Going back to the period of time when you were

19 in the back during the second incident, did Serrata,

20 when he would talk to you, did he talk to you in English

21 or in Spanish?

22 A. In Spanish.

23 Q. How about Officer Garcia, did he speak to you

24 in English or in Spanish?

25 A. Also in Spanish.

105

DOKICH COURT REPORTERS, INC.
800-720-9679

BERTHA MARTINEZ  4/29/2010

1    Q.  Did Garcia, did he seem like he was fluent in

2    Spanish?

3    A.  Yes.

4    Q.  How about Garcia, was he fluent in Spanish --

5    I'm sorry, Officer Serrata?

6    A.  He speaks it a little bit, but, yes.

7    Q.  When you say you overheard them talking,

8    overheard Serrata and Garcia talking, were they talking

9    in English or in Spanish?

10   A.  In Spanish.

11   Q.  Anything else you overheard the officers

12   talking about when you were in the back?

13   A.  No.  'Cause they went a little farther away.

14   Q.  Anything else you overheard any of the officers

15   saying when you were in the back other than Garcia and

16   Serrata, any other officers you overheard talking in the

17   back?

18   A.  No.

19   Q.  How long was Garcia in the back when you were

20   there?

21   A.  Half an hour.

22   Q.  Then after Garcia left -- you said Garcia left

23   and went somewhere else?

24   A.  I was in the back.  So the time he was back

25   there is when I saw him.  But after he went out front, I

106

DOKICH COURT REPORTERS, INC.
800-720-9679

BERTHA MARTINEZ   4/29/2010

1   don't know.

2       Q.  After Garcia left, what's the next thing that

3   happened?

4       A.  From the time they had me back there, they were

5   walking around checking the house.  Serrata told me that

6   they had taken my daughter from there.

7       Q.  Who told you what?

8       A.  Serrata told me that they had already taken my

9   daughter, the ones from Child Protective Services.

10      Q.  Where were you when Officer Serrata said that?

11      A.  He was watching me back there.

12      Q.  Did he say that in English or in Spanish?

13      A.  In Spanish.  I do understand his Spanish the

14  way he pronounces it a little bit.

15      Q.  Then what happened after Serrata said in

16  Spanish that your daughter was taken to Child Protective

17  Services?

18      A.  I was back there standing up for awhile.  And

19  my head, I started feeling off.

20      Q.  Off?

21      A.  I started feeling like -- well, my chest

22  started hurting and like I needed more air.  After that

23  was when Wendy came.

24      Q.  Before we getin to that, anything else that you

25  can recall Officer Serrata saying to you while you were

                                                    107

BERTHA MARTINEZ  4/29/2010

1   when he left?

2       A.  I didn't have anything to tell time.  I didn't

3   even know what time it was.

4       Q.  After Garcia left, how much time went by before

5   Wendy showed up in the back where you were?

6       A.  Half an hour.

7       Q.  What happened after Wendy showed up in the

8   back?

9       A.  I heard voices.  I really didn't know what was

10  going on.  I started feeling bad.

11      Q.  Anything else that you felt?

12      A.  When my daughter came, she saw me from far away

13  and she told me, "Oh, mom, don't worry.  Everything is

14  fine."

15          What I asked her first, "Well, they took

16  Maritza away."

17          She told me, "No, mom.  She's out here in

18  front."

19      Q.  Did she tell you anything else?

20      A.  And Officer Serrata told her that I was doing a

21  show and I was faking everything.

22      Q.  Did Officer Serrata, did he say that in Spanish

23  or in English?

24      A.  He told my daughter that in English.

25      Q.  Who was in the back when Wendy showed up?

109

BERTHA MARTINEZ   4/29/2010

1   around.

2          MS. ANDERSON-BARKER:   "Por arriba y abajo."   So

3   do you want to translate what she said, the whole thing.

4          THE WITNESS:   He was looking around everywhere,

5   up and down.

6   BY MR. PIERCE:

7      Q.   When Officer Serrata was talking with Wendy,

8   were they talking to each other in English or in

9   Spanish?

10      A.   In English.

11      Q.   What else did Officer Serrata and Wendy say to

12   each other?

13      A.   That was it.   And then the investigator from

14   Los Angeles intervened.

15      Q.   And then what happened after the

16   investigator -- he said he was going to call an

17   ambulance, is that what happened?

18      A.   Yeah.   The ambulance arrived to my house.

19      Q.   Did you request an ambulance?   Did you ask for

20   an ambulance?

21      A.   Well, I felt bad and my chest was hurting and I

22   needed air.

23      Q.   Do you know was it the investigator who called

24   the paramedics?   Do you know who it was?

25      A.   My daughter told the investigator, "Please, my

111

1   mom is feeling bad.  We need an ambulance."

2      Q.  Did you actually see who called the ambulance?

3   Like did someone use a phone or a walkie-talkie?

4      A.  No.  I was already feeling badly.

5      Q.  Did Wendy tell you anything else about Maritza?

6      A.  The first thing I told her was that they took

7   Maritza.

8          And she told me, "No, mom.  She's out front."

9   She said, "Don't worry."

10         Also she told me that the mayor from Maywood

11  was here, Mr. Aguirre, and he's with a journalist.  I

12  don't know if it's from the newspaper "La Opinion" or

13  from "Hoy."  And he came to see because they can't be

14  here threatening the family.

15     Q.  Anything else that Wendy told you about

16  Maritza, about her condition?

17     A.  Well, since they had me -- or she -- the

18  ambulance came, and they were checking me.  And then she

19  told me that the investigator said that they were done

20  and that they were going to go.

21         She said don't worry, that Mr. Aguirre already

22  talked with them, to not worry, that they can't come

23  here to separate the family and to threaten you.

24     Q.  Going back a little bit further, my question

25  was Wendy first comes up to you in the back.  And I want

                                                    112

BERTHA MARTINEZ  4/29/2010

1    A.  Yes.

2    Q.  Anything else that Wendy said about Maritza

3  that you can recall?

4    A.  No.  That's all.

5    Q.  Now, going to other conversations, other things

6  that Wendy said.  You've already said some things about

7  that the mayor was there and some reporters.  Anything

8  else that Wendy said about what she observed or anything

9  that she heard when she first saw you in the back.

10    A.  No.  I wasn't -- I didn't talk with her.  She

11  just told me that -- that she was fine and that she was

12  sitting outside and out front.  And now they're going to

13  leave from here in about five minutes she told me.

14    Q.  When you say "she was sitting out front," you

15  mean Maritza was sitting out front?

16    A.  Yeah, that's where her -- that's where my

17  daughter found her when she arrived.  I didn't see her.

18    Q.  What mayor was it, was it Felipe Aguirre?

19    A.  Yes.  He was there.

20    Q.  Did he ever come to the back where you were?

21    A.  No.  I didn't see him.  He went out to the

22  back.  But I told her -- my daughter told me that he was

23  out front by the fence.

24    Q.  How about that reporter, did the reporter ever

25  go to the back where you were?

114

BERTHA MARTINEZ  4/29/2010

1    A.   No.   They didn't let them come in.

2    Q.   Did you ever see the reporter?

3    A.   Yes.   At the end I went out and I was talking

4    to Mr. Felipe when everyone left.

5    Q.   Did you get the name of the reporter?

6    A.   The name of the journalist, no.   But Mr. Felipe

7    was in a meeting when my daughter went to go talk to him

8    and get his help.

9    Q.   Then at some point the -- did some paramedics

10   show up, the fire department, something like that?

11   A.   Since I was out back, I don't know if there was

12   an ambulance or firefighters.   I just know that they

13   came into the back with a stretcher and some devices.

14   Q.   What did they do for you, the paramedics?

15   A.   They put a lot of cables on me for my heart.

16   Q.   Anything else?

17   A.   They told me that they were going to have to

18   take me.

19   Q.   Did they tell you what was wrong with you?

20   A.   There was something wrong and that they had to

21   take me to the hospital so that they could check me

22   over.

23   Q.   Other than that, did they tell you anything

24   else?

25   A.   Only that they would have to take me.   And my

                                                      115

BERTHA MARTINEZ  4/29/2010

1   daughter told me to go, but I said, "No, who's going to

2   stay with Maritza?"

3       Q.  Did you ask them if you could take Maritza with

4   you, the paramedics?

5       A.  No.

6       Q.  So you told them that you didn't want to go to

7   the hospital; is that correct?

8       A.  Yes.

9       Q.  And any other reason other than not wanting to

10  leave Maritza, any other reason why you didn't want to

11  go to the hospital?

12      A.  The most important thing for me was to check on

13  my daughter.

14      Q.  Did they have you sign something, some kind of

15  document?

16      A.  Yes.

17      Q.  Do you know what that was?  Did they tell you

18  what the document was?

19      A.  They only told me that if I didn't want to go,

20  then I was responsible.  That to try and calm down and

21  that later to go and have someone check out my heart.

22      Q.  Okay.  Then I take it the paramedics or whoever

23  it was, they left?

24      A.  Yes, they left.

25      Q.  Did they give you any kind of instructions,

                                                    116

BERTHA MARTINEZ  4/29/2010

1   anything to do?

2       A.  They just told me to do whatever was possible

3   to go and get checked out.  That maybe because of --

4   because of everything that had happened it had affected

5   me somehow maybe in my brain.

6       Q.  And then what happened after the paramedics

7   left?

8       A.  Well, my daughter, she spoke with me and she

9   said, "I'm going to go out front with Maritza.  She's

10  out front."

11          Well, they disappeared, they left.  And that's

12  when I went out and spoke with Felipe Aguirre.

13      Q.  Okay.  Let me get this sequencing down.  Wendy

14  said she was going to go out front; correct?

15      A.  Wendy?

16      Q.  Yes.  After the ambulance or the paramedic

17  people leave -- let me ask you this way.  After the

18  paramedics leave, who's in the back with you?

19      A.  Officer Serrata was still back there.

20      Q.  Okay.  And what was he doing?

21      A.  He was just there standing.  Nothing else.

22      Q.  Who else was back there after the paramedics

23  left?

24      A.  The same officers.  But the one who was always

25  there with me was Officer Serrata.

                                              117

BERTHA MARTINEZ  4/29/2010

1  Q.  After the paramedics left, was Wendy still in

2  the back?

3  A.  No.  She had gone upfront.  She told me to wait

4  here and that they're leaving now.

5  Q.  So Wendy went out front?

6  A.  Yes, to see Maritza.

7  Q.  And then what did you do after Wendy went out

8  front?

9  A.  Well, I was still sitting there out back.  I

10  still felt bad.

11  Q.  You were sitting down?

12  A.  Yes, in a chair.

13  Q.  Was anyone with you, next to you when you were

14  sitting out back?

15  A.  No.  Only Officer Serrata was there the whole

16  time.

17  Q.  How far away was Officer Serrata from you?  Was

18  he like standing a couple feet from you or was he doing

19  his thing, looking around?  What was he doing?

20  A.  No.  He was just standing there watching me at

21  a short distance, from like where I am to where you are.

22  Q.  Okay.  Which is about -- it looks like it's

23  about four or five feet.

24  A.  Yes.

25  Q.  And how long were you sitting back there with

118

DOKICH COURT REPORTERS, INC.
800-720-9679

BERTHA MARTINEZ  4/29/2010

1    Officer Serrata this distance about four or five feet

2    away from you?

3        A.   Well, the whole time that they had me out back.

4        Q.   I know.  How long was that?  I don't know.  I

5    wasn't there.  I just need to get an idea what that time

6    frame was.

7        A.   More or less two to three hours there.

8        Q.   And then what did you observe?  What did you

9    see during those two to three hours?

10       MS. ANDERSON-BARKER:  Well, objection; vague.

11   We're asking her what she saw during the two to three

12   hours she was out back when we have just been focusing

13   on that for the last two hours.

14       MR. PIERCE:  It doesn't sound like it to me,

15   unless -- it sounds to me that she's saying there's an

16   additional two to three hours.  I'm going along a time

17   line here.  She said the paramedics left, she said her

18   daughter left.  So this is all behind us now.  And then

19   she said Serrata was sitting with her, standing there

20   for two to three more hours.

21       MS. ANDERSON-BARKER:  That's not what she said.

22       MR. PIERCE:  That's what --

23       MS. ANDERSON-BARKER:  You're not listening.

24       MR. PIERCE:  I'm not?  That's exactly what the

25   translator said to me.

                                                    119

BERTHA MARTINEZ  4/29/2010

1      MR. STRUGAR:  Why don't you clarify?  That's
2  probably the best way to do it.
3      MR. PIERCE:  That's what I understood.  We
4  could have the record read back.
5      MS. ANDERSON-BARKER:  Okay.  Let me just ask.
6      Are you saying that after the ambulance drivers
7  left you were in the backyard with Serrata for two more
8  hours?
9      THE WITNESS:  No.  No.
10     MR. PIERCE:  Okay.  So we cleared it up.  No
11  harm, no foul.
12     MS. ANDERSON-BARKER:  I thought it was clear
13  earlier, but that's fine.
14     MR. PIERCE:  It wasn't.  Well, it was clear; it
15  was clear that her testimony was that it was two or
16  three more hours, so I wanted to find out what it was.
17     MR. LEE:  We don't need to argue about it.
18  Let's move on.
19  BY MR. PIERCE:
20     Q.  After the paramedics left and then after Wendy
21  left, you said you were still sitting in the back and
22  Officer Serrata was about four to five feet away from
23  you.  How much longer were you sitting in the back after
24  Wendy left?
25     A.  Less than half an hour.

                                                    120

DOKICH COURT REPORTERS, INC.
800-720-9679

BERTHA MARTINEZ  4/29/2010

1     Q.  Okay.  Then during that half an hour, what did

2  you see?

3     A.  Nothing, because I was feeling bad.  The only

4  thing I saw was Officer Serrata standing there and a

5  couple of other officers walking around.  But that's all

6  I saw when I was sitting there.

7     Q.  Did you have any other conversations with

8  Serrata when you were sitting there?

9     A.  No.

10    Q.  Did you have any conversations with any other

11 officers while you were sitting there for that half an

12 hour?

13    A.  No.

14    Q.  After that half an hour, what's the next thing

15 that happened?

16    A.  Up until they left, my daughter told me to --

17 to come inside.  And the investigator had told her that

18 in ten to 15 minutes they were going to leave.

19    Q.  So Wendy came to the back again and told you

20 this?

21    A.  Yes.  She told me not to worry, that they were

22 going to leave soon.

23    Q.  Did she tell you anything else about Maritza?

24    A.  No.  She told me "I'm going to go out front

25 with Maritza."

                                              121

BERTHA MARTINEZ  4/29/2010

1   Q.  Wendy said she was going to go out front with
2   Maritza?

3   A.  Yes, that she was going to go check on Maritza.

4   Q.  And then what's the next thing that happened?

5   A.  They left.  They told me that they were
6   finished and that they were leaving.

7   Q.  When they told you that they were finished,
8   were you still in the back?

9   A.  They told me that I could come back inside into
10  my house, inside.

11  Q.  And then after they told you you could come
12  back inside, did you then go back inside your house?

13  A.  Yes.  I came into the house because they had
14  finished.

15  Q.  Then when you came into the house, what's the
16  next thing that you did?

17  A.  Mr. Felipe Aguirre was still there and he asked
18  me to go out front and talk to him.

19  Q.  Where was Felipe Aguirre when he told you to go
20  out and talk to him?

21  A.  Outside of the fence, by the street.

22  Q.  Were the officers still there at that time?

23  A.  When Mr. Felipe arrived, yes, they were still
24  there.  But about a half an hour after, they -- they
25  left.

122

BERTHA MARTINEZ  4/29/2010

1   Q.  No.  I'm asking when Felipe Aguirre asked you

2   to go out and talk to him, at that point were there any

3   officers still on your property.

4   A.  No.  They were in the process of leaving, all

5   of them.

6   Q.  Then after Felipe Aguirre asked you to go and

7   talk to him, what did you do next?

8   A.  Well, then I went inside to my house to see my

9   daughter with Maritza.

10  Q.  Was Maritza in the house when you went in the

11  house?

12  A.  Yeah.  She ran up and hugged me.

13  Q.  And what happened after she ran up and hugged

14  you, what happened next?

15  A.  We were with her, with my daughters.  And

16  Maritza was still very nervous.

17  Q.  Anything else about Maritza's behavior you

18  noticed when she ran up and hugged you?

19  A.  She was nervous, like trembling, crying.  We

20  just stayed there hugging each other.

21  Q.  Anything else you noticed about Maritza when

22  you first saw her?

23  THE INTERPRETER:  I'm sorry.  Can I have her

24  repeat that?

25  MR. PIERCE:  Yes.

123

BERTHA MARTINEZ  4/29/2010

1      THE WITNESS:  The only thing I said, "They

2  didn't take my daughter.  Thank God she's still here."

3  BY MR. PIERCE:

4      Q.  Okay.  Anything about Maritza that you noticed

5  other than what you've told us?  You said she was

6  trembling, crying, nervous.  Anything else you noticed

7  about Maritza when you saw her?

8      A.  She was very like upset, very nervous.

9      THE INTERPRETER:  I'm sorry.

10      THE WITNESS:  When I saw her when they left, I

11  saw her and she was -- I noticed that she was bad.  She

12  was crying.  After that I can't even separate from her

13  even for a little bit because she starts looking for me.

14  BY MR. PIERCE:

15      Q.  After you hugged Maritza, what's the next thing

16  that happened?

17      A.  We stayed there in the house and Mr. Felipe

18  talked with us.  He told us that they had left, that

19  they couldn't come here -- they didn't have any reason

20  to come here threatening me at my house.  And that they

21  shouldn't have come here treating my daughter like they

22  did, Maritza.  He asked me if they knew that my daughter

23  was sick, and I told him yes, that they didn't respect

24  that.

25      Q.  Anything else that you spoke with Aguirre

                                                    124

DOKICH COURT REPORTERS, INC.
800-720-9679

BERTHA MARTINEZ   4/29/2010

1    Q.  Okay.  As far as conversations that you had

2   with anyone or conversations that you overheard between

3   anyone, is there anything else that you haven't told us

4   so far that you heard or overheard during the second

5   incident?

6    A.  No.  That's all.

7    Q.  During the second incident did any officer

8   touch you?

9    A.  Well, no.

10        MS. ANDERSON-BARKER:  "La camisa."

11        THE WITNESS:  Well, when I was in the living

12   room during the second incident, Officer Serrata took

13   out a T-shirt and he put it in my -- in my face like

14   this.

15   BY MR. PIERCE:

16    Q.  Can you demonstrate for me again what you mean.

17    A.  He put it like this to me.

18    Q.  Okay.  Did he touch your face with the T-shirt?

19    A.  Yeah.  He put it right here in my face.

20    Q.  Do you know why he did that?

21    A.  He just told me, "Look, you're a bad woman."

22        THE INTERPRETER:  Excuse me.

23        THE WITNESS:  He put it in my face and said,

24   "Look, you're a bad woman and you could even be a chola

25   from a gang."

                                              127

BERTHA MARTINEZ 4/29/2010

1  BY MR. PIERCE:

2      Q.  Anything else that he did with this T-shirt

3  besides putting it in your face and saying you could be

4  a chola?

5      A.  No.  That's -- that's what he did.

6      Q.  Serrata?

7      A.  Yes, Serrata.

8      Q.  Any other officers touch you during the second

9  incident?

10     A.  No.

11     Q.  How about did any officers touch Maritza during

12  the second incident?

13     A.  Well, the time that she was with me, no.  But

14  when I couldn't see her, I don't know anything.

15     Q.  Did any of the officers touch Wendy during the

16  second incident?

17     A.  No.

18     Q.  Okay.  Earlier you had testified that you had,

19  you know, suffered some physical injuries and some

20  psychological injuries.  Did you visit any doctors for

21  any of your physical injuries?  You already talked about

22  the paramedics.  But other than the paramedics, like

23  after the incident did you go visit any doctors for your

24  physical injuries?

25     A.  Well, only to the doctor where I go for my

                                              128

BERTHA MARTINEZ   4/29/2010

1       A.   Yes.

2       Q.   Now, you said a doctor prescribed you glasses.

3   What kind of glasses, to see things afar or to see

4   things up close?

5       A.   For -- for the letters.  I can't tell what they

6   are very well.

7       Q.   As far as Maritza, what things have you noticed

8   about Maritza such as changes in her behavior, that kind

9   of thing since the incident?

10       A.   Well, for Maritza, all the things that she

11   learned in school -- it's difficult for her to learn

12   something.  Everything that she had already achieved in

13   school, everything kind of fell apart.

14       Q.   What kind of things?  You say "things she

15   achieved."  Give me some examples.

16       A.   Well, she liked -- we -- we would take her to

17   the stores.  Now she doesn't want to get out.  To go to

18   Mc Donald's, also she doesn't want to go.  She also

19   liked to hang around with people.  Now when she sees

20   people she doesn't know, she starts crying.  All the

21   goals she had achieved in school fell apart.  She

22   doesn't sleep at night.  At 2:00 or 3:00 in the morning,

23   she's walking around.  She opens the windows, the

24   blinds.

25       Q.   Anything else about Maritza's behavior that has

                                          132

BERTHA MARTINEZ  4/29/2010

1    A.  Yes.

2    Q.  Did they tell you anything about the

3  evaluation?

4    A.  In the evaluation, they say that everything,

5  the results and everything.

6    Q.  Do you recall what those were, anything about

7  the report?

8    A.  That her levels were falling.  Before she paid

9  a lot of attention, but the things -- but the things

10  that she liked to do, like -- like putting things

11  together, she didn't know how to do it now.  What she

12  had learned kind of fell backwards again.

13    Q.  Anything else you recall the people at the

14  school telling you?

15    A.  Well, ever since that happened I've been

16  fighting a lot to get her to go back to school, but she

17  doesn't want to go.

18    Q.  Maritza doesn't want to go?

19    A.  She doesn't want to go.

20        And she cries a lot when I change her in the

21  morning.  Before she could go by herself to the

22  bathroom, but after this she went backwards to the point

23  where she was wetting herself.

24    Q.  Does she have to wear diapers now?

25    A.  Yes.

136

BERTHA MARTINEZ   4/29/2010

1      Q.  And then after the incident did she start

2   wearing --

3      A.  She started the diapers again.

4      Q.  Since the incident does she wear the diapers

5   like all day or just certain times of the day like at

6   night when she goes to sleep?  I'm just trying to get an

7   idea how that has changed.

8      A.  Well, during the day I'm with her and I'm

9   taking care of her all day.  I'm trying to teach her

10  again how to try and use the bathroom, what she had done

11  before.

12     Q.  Anything else you can think of about Maritza's

13  behavior that has changed since the incident, anything

14  you haven't told us so far?

15     A.  Well, now she's not living how she was before.

16  She's more isolated.

17     Q.  You're claiming loss of earnings?

18     A.  Yes.

19     Q.  Do you know how much the number is, what you're

20  claiming?

21     A.  Right now I have been almost two years without

22  working.

23     Q.  And why haven't you been working in two years?

24     A.  Because I haven't had any work and also because

25  I have to take care of my daughter.

138

BERTHA MARTINEZ  4/29/2010

1    A.   No.

2    Q.   Did you know who the person was?

3    A.   No.

4    Q.   Then the Maywood Police Department, some

5    officers came to your house looking for this somebody?

6    A.   Yes.

7    Q.   What officers were there that came to your

8    house?

9    A.   There were quite a few.  But really I don't

10   remember the names.  They were different people.

11   Q.   Okay.  Was it Garcia or Serrata?

12   A.   No, I don't know the names of the people who

13   went to my house that time.

14   Q.   What did the officers do when they went to your

15   house that time when someone ran up to your property?

16   A.   They told us to go out of the house with our

17   hands up.  And my daughter told them that she wanted to

18   see a warrant so that they could go into the house.

19   Q.   Is that Wendy?

20   A.   Yes.

21   Q.   Then what happened after that?

22   A.   They told us, no, that we had to go outside.

23   Maritza didn't want to go outside, but we did take her

24   out.

25   Q.   During that prior incident, did the officers,

                                                      143

# EXHIBIT B

WENDY SANCHEZ   4/21/2010

1    A.  I'm not quite sure exactly on the timing, but I

2  could say approximately like two months ago.

3    Q.  Why did you move to that address?

4    A.  'Cause they were selling the house we were

5  living at.

6    Q.  The owners of the house that you were living in

7  before that were selling it?

8    A.  Correct.  Well, not exactly the owners, but it

9  was repossessed by the bank.

10    Q.  Who do you live with at this time?

11    A.  My mother Bertha Martinez, my sister Maritza

12  Sanchez.

13    Q.  Approximately two months ago, where did you

14  live, before you moved to this address?

15    A.  3589 East 54th Street, Maywood, California, ZIP

16  code 90270.

17        MR. STRUGAR:  Can I have one second.

18        (Discussion held off the record between the

19  witness and Mr. Strugar.)

20  BY MR. PIERCE:

21    Q.  Who lived with you at that address

22  approximately two months ago before you moved to the

23  L.A. address?

24    A.  My mother and my sister, Bertha Martinez and

25  Maritza Sanchez.

                                                    14

WENDY SANCHEZ   4/21/2010

1      Q.   And this is the same residence where you lived

2   at the time of the incident?

3      A.   Yes.

4      Q.   When I say "incident," you understand what I

5   mean, meaning the incident where a couple -- I guess a

6   couple search warrants were served at your house?

7      A.   Yes.

8      Q.   At the time of the incident, who lived with you

9   at that address?

10     A.   My mother Bertha Martinez, my sister Maritza

11  Sanchez, and my father Gaudencio Lopez.

12          MR. STRUGAR:   I'm going to object.  I think

13  there's two incidents, one preceding the other by a few

14  days.

15          MR. PIERCE:   Well, I'm assuming that since they

16  were so close in time.

17          MR. STRUGAR:   Sure.  The father wasn't there by

18  the second incident, obviously, because there was an

19  arrest.

20          MR. PIERCE:   Sure.  Okay.  That makes sense.

21     Q.   What about a person named Joaquin Olvera, did

22  he live with you during either one of the incidents?

23     A.   He was staying at the time because he came from

24  vacation from Mexico.

25     Q.   How do you spell that person's name?

                                                        15

DOKICH COURT REPORTERS, INC.
800-720-9679

WENDY SANCHEZ  4/21/2010

1    A.  No.

2    Q.  -- to visit?

3        Anyone else living with you at the Maywood

4    address at the time of either incident?

5    A.  Either?

6    Q.  Yes.

7    A.  Just those people.

8    Q.  Joaquin wasn't really living with you, he was

9    just visiting; is that correct?

10   A.  Right.

11   Q.  Was your mother or your father, were they the

12   owners of the Maywood residence?

13   A.  No.

14   Q.  Someone else owned it?

15   A.  Correct.

16   Q.  Then it was foreclosed upon or repossessed by

17   the bank?

18   A.  I believe so.

19   Q.  And then that's why you guys moved to the L.A.

20   address?

21   A.  Correct.

22   Q.  At the time of the incidents up until the time

23   that you moved, was your family renting the house?

24   A.  Correct.

25   Q.  At the time of the incidents, were you

                                              17

WENDY SANCHEZ  4/21/2010

1    Q.  You were still at work?

2    A.  Yes.

3    Q.  What did she tell you when she called?

4    A.  The police is in your house, can you go and see

5    what's going on.  And I just hanged up and left.

6    Q.  And then you went straight to your house?

7    A.  Yes.

8    Q.  Were you with anyone at that point?

9    A.  No.

10   Q.  What time did you arrive at your house?

11   A.  Probably like around 1:00.

12   Q.  What's the first thing you saw when you arrived

13   at your house?

14   A.  The first thing I saw was my sister sitting

15   down in a little chair by herself unattended.

16   Q.  Where was she sitting?

17   A.  In front of the house by the small porch.

18   Q.  What else did you see at that point?

19   A.  An officer that was searching a car that was

20   parked there.

21   Q.  When you say "parked there," parked where?

22   A.  In my parking lot.

23   Q.  In your driveway?

24   A.  Driveway, yes.

25   Q.  Whose car was that?

94

WENDY SANCHEZ  4/21/2010

1  said his name was Garcia?

2      A.  Yeah.

3      Q.  What else did you see when you first got there?

4      A.  Basically just in front of my house, because I

5  was not able to go inside or towards the back area.

6      Q.  So what else did you see in the front of the

7  house area?  You said you saw your sister, you saw an

8  officer in black searching your mom's car, and you saw

9  Officer Garcia by a tree in the front yard?

10     A.  Yes.

11     Q.  Anything else that you can recall seeing in

12 that front yard area when you first got there?

13     A.  At that time, no.

14     Q.  So I take it you walked up to the officer by

15 the tree?

16     A.  Yes.

17     Q.  What did you say to him and what did he say to

18 you?

19     A.  He just asked like what was I doing.

20     Q.  What did you say in response?

21     A.  I asked him, I said, "What are you doing here"?

22     Q.  What did he say?

23     A.  He didn't respond.

24     Q.  He didn't respond?

25     A.  Huh-uh.  No.

96

DOKICH COURT REPORTERS, INC.
800-720-9679

WENDY SANCHEZ  4/21/2010

1   Q.  Any other conversation you had with that

2   officer?

3   A.  At that time, no.

4   Q.  So I presume you pulled up to a front area.

5   Did you just park your car in the street?  Did you park

6   in the driveway?

7   A.  In the street.

8   Q.  You parked in the street.  You got out of your

9   car; correct?

10   A.  Correct.

11   Q.  Did you walk up to the officer first thing?

12   A.  No.  I just went straight to my sister.

13   Q.  Okay.  So is there a gate or something that you

14   have to go through?

15   A.  It's a gate.

16   Q.  So you get out of your car, you walk through

17   the gate, and you went straight to your sister?

18   A.  Yes.

19   Q.  What did you do when you got to your sister?

20   A.  Well, she just grabbed my hand and she wouldn't

21   let me go.  And she was just crying and screaming and

22   shaking.

23   Q.  And at that moment when you go to your sister,

24   the officer is still by the tree, the Maywood officer is

25   still by the tree?

97

DOKICH COURT REPORTERS, INC.
800-720-9679

WENDY SANCHEZ  4/21/2010

1    A.   Yes.

2    Q.   And then the officer in black is still

3  searching your mom's car?

4    A.   No.  He stopped already.

5    Q.   Where was that officer when you went -- when

6  you first got to your sister?

7    A.   The one in black?

8    Q.   Yes.

9    A.   He was like looking inside the car.

10   Q.   And then when you first got to your sister,

11 Officer Garcia was still by the tree?

12   A.   Yes.

13   Q.   And then your sister was grabbing you, she was

14 crying, screaming, and shaking.  What's the very next

15 thing that happened after you got to your sister?

16   A.   He just asked me "What are you doing here?"

17   Q.   Who asked you?

18   A.   Officer Garcia.

19   Q.   Okay.  And this is when you had this

20 conversation?

21   A.   Yes.

22   Q.   You said, "What are you doing here?"

23   A.   Yes.

24   Q.   He said nothing.

25        Then what happened?

98

WENDY SANCHEZ  4/21/2010

1    A.  Uh, after that I was trying -- I spoke to the

2  police -- the other officer in black and I was asking

3  for my mom.

4    Q.  And that was the officer who was searching your

5  mom's car?

6    A.  Yes.

7    Q.  What did that officer say to you?

8    A.  He said, "Oh, you can't talk to her right now.

9  She's in the back."

10   Q.  Then what's the next thing that you did -- let

11  me strike that.

12       Then what happened after that?

13   A.  I just asked why was my sister here by herself.

14   Q.  What did the officer say?

15   A.  He said nothing.  He just said, "She can't be

16  with your mom right now."

17   Q.  And this was the officer in black?

18   A.  Yes.

19   Q.  At this point was Officer Garcia still by the

20  tree?

21   A.  Yes.

22   Q.  And then what's the next thing that happened?

23   A.  Then the officer in black told me that they

24  were going to deport my family.

25   Q.  Then what happened?

                                              99

DOKICH COURT REPORTERS, INC.
800-720-9679

WENDY SANCHEZ  4/21/2010

1    A.   And that Ishibashi was the one who was calling

2  shots and that your freedom was in his hands.

3    Q.   The officer in black said that?

4    A.   Yes.

5    Q.   Then what happened?

6    A.   Then I left.

7    Q.   Did you have any other conversations with that

8  officer in black or with Officer Garcia before you left?

9    A.   No.

10    Q.   Why did you leave?

11    A.   To get help.

12    Q.   At that moment just before you leave, were

13  there any other officers out in that front yard area?

14    A.   No.

15    Q.   Did you see any other officers, whether it be

16  in the house or in the back, at that point?

17    A.   That I could see, it was just those two.

18         MS. ANDERSON-BARKER:  Can we take a one-minute

19  break for a second?  Off the record.  Outside.

20         (Discussion held outside deposition proceedings

21  between the witness and both her counsel from 12:25 p.m.

22  to 12:27 p.m.)

23         MR. PIERCE:  Back on the record.

24    Q.   You understand you're still under oath?

25    A.   Yes.

                                                100

WENDY SANCHEZ  4/21/2010

1    Q.  So you left to get help.  Where did you go?

2    A.  Well, before I left to go get help, like

3    there's a thing that I forgot to tell you.  Since you

4    didn't ask me, I thought I wasn't supposed to say it.

5    But when I got there, my sister -- you know, I was -- my

6    sister was holding me.  And there was a cop that was

7    searching the car.  And then my sister was crying, like

8    she wouldn't want to let me go.  That's when the police,

9    you know, he asked me "What are you doing here" and I

10   asked him "What are you doing here."  And my sister

11   had -- she had urinated on herself and --

12        MR. STRUGAR:  Take your time.

13        THE WITNESS:  I asked if I could go inside and

14   change her, and they said no.

15   BY MR. PIERCE:

16   Q.  You asked who?

17   A.  The police officer in black.

18   Q.  And he said no?

19   A.  Yes.  He said no.

20        And then after, Garcia approached me and he

21   said "You need to pack your sister's stuff."

22   Q.  Okay.  Anything else?

23   A.  "If she's menstruating, put her sanitary

24   napkins in the bag."

25   Q.  Okay.  Anything else that he said?

101

DOKICH COURT REPORTERS, INC.
800-720-9679

WENDY SANCHEZ 4/21/2010

1    A.   "Because we're taking her away."

2    Q.   Anything else that was said?

3    A.   Then I tried to go to the back to see if my mom

4  was okay.  And they told me that I couldn't go back

5  there.

6    Q.   When you say "they," who told you?

7    A.   The police officer in black.

8    Q.   How did you know that your sister had urinated

9  on herself?

10   A.   Because she was practically soaked.

11   Q.   How could you tell?

12   A.   'Cause when she got up, all her pants were wet.

13   Q.   What was she wearing?

14   A.   Some sweatpants.

15   Q.   What else was she wearing?

16   A.   And a T-shirt.

17   Q.   Anything else?

18   A.   She was just carrying her little toys that she

19  carries.

20   Q.   Did she have any shoes on?

21   A.   She just had some socks.

22   Q.   Does she wear diapers?

23   A.   Yeah.

24   Q.   At that time she wore diapers?

25   A.   Only in school 'cause we try to potty train her
                                                    102

WENDY SANCHEZ  4/21/2010

1    at home.  So at home we try to not use the diapers.

2        Q.  So in school she wears diapers, but at home she

3    does not wear diapers?

4        A.  Yes.

5        Q.  Because you try to potty train her?

6        A.  Yes.

7        Q.  How long has that been going on?

8        A.  For a couple years.

9        Q.  Has that been working?

10       A.  It was working.

11       Q.  For how long was that working?

12       A.  For the years that -- before that incident, she

13   was able to go by herself, wake up in the night.  At

14   this time she's not doing that anymore.

15       Q.  Anything else that Officer Garcia said to you

16   up until this point?

17       A.  To that point, from what I recall, it was just

18   that.

19       Q.  Okay.  So he said "You need to pack your

20   sister's stuff"?

21       A.  Yes.

22       Q.  And he said, "If she's menstruating, then put

23   sanitary napkins because we're going to take her away,"

24   he said that?

25       A.  Yeah.

                                                    103

DOKICH COURT REPORTERS, INC.
800-720-9679

WENDY SANCHEZ   4/21/2010

1       Q.  Anything else the officer in black said to you

2    up until this point?

3       A.  He didn't mention none of that, no.

4       Q.  I mean anything else that -- you said that the

5    officer in black said some things here --

6       A.  After, yeah.

7       Q.  -- and I'm trying to find out if there's

8    anything else he said to you.

9       A.  No, just after when he said that, you know, my

10   family was in the hands of Ishibashi, that he was the

11   only one calling -- he uses a word like "shots," if they

12   were going to take them away or not.

13      Q.  And the police officer in black said you

14   couldn't go back there?

15      A.  Yes.

16      Q.  Anything else you recall that Officer Garcia

17   said to you up until this point?

18      A.  That he said to me, just at this time that.

19      Q.  Anything else you can recall the officer in

20   black said to you up until this point?

21      A.  Just to -- just what I mentioned earlier.

22      Q.  And when you say she was soaked, I mean, how

23   could you tell she was soaked?

24      A.  Because when she got -- she -- her toys fell

25   and she got up to get them and she was wet, all her

                                                        104

WENDY SANCHEZ  4/21/2010

1   pants.  And then I was asking them if I could please go

2   inside and change her, and they said no.

3       Q.  When you say "they said no," who said no?

4       A.  The police officer in black.

5       Q.  And then after that, you left?

6       A.  Yes.

7       Q.  And then where did you go?

8       A.  To this -- this club in Maywood.  It's like an

9   organization for the community.  It's called Pro-Uno.

10      Q.  Spell it.

11      A.  Pro-Uno, P-r-o.

12      Q.  Uno, U-n-o?

13      A.  Yeah.

14      Q.  Why did you go there?

15      A.  I know that most of the time the mayor is

16  there.  I was hoping that he would be there and that he

17  could help me.

18      Q.  So you went to Pro-Uno by yourself?

19      A.  Yes.

20      Q.  And how long would you say that you were at

21  your house the first time -- from the time you first got

22  there until the time that you left?

23      A.  Probably like approximately 20 or something

24  minutes.

25      Q.  How long did it take you to get to Pro-Uno?

                                                    105

WENDY SANCHEZ  4/21/2010

1    A.   Like five minutes.

2    Q.   How long were you at Pro-Uno?

3    A.   Probably like two minutes.

4    Q.   Did you speak with anyone there?

5    A.   Yes.

6    Q.   Who did you speak with?

7    A.   The mayor.

8    Q.   What was his name?

9    A.   I don't remember his name at this time.

10   Q.   Was it Felipe Aguirre?

11   A.   Yeah, Felipe Aguirre.

12   Q.   What did you tell Mr. Aguirre?

13   A.   That they were -- the police were at my house

14   and they were claiming to deport my -- my mother and my

15   sister, take them away.

16   Q.   At the time of the incident, did you have a

17   cell phone?

18   A.   I don't remember if I forgot it at work.

19   Q.   But you had one, though?

20   A.   Yes.

21   Q.   Could you take pictures with the cell phone?

22   A.   With that cell phone that I have at that time,

23   yes, I could.

24   Q.   But you don't know -- let me ask it this way.

25   Did you have it with you at the time that you first went

106

WENDY SANCHEZ  4/21/2010

1      A.   The same.   Five minutes.

2      Q.   When you arrived back at your house, was it

3   just you and Mr. Aguirre?

4      A.   It was just me by myself.

5      Q.   I thought he drove with you.

6      A.   Yeah.   But he didn't go with me in the house.

7   He wanted to first figure out what was going on.

8      Q.   So you pull up to your house.   You were

9   driving; correct?

10      A.   Yes.

11      Q.   Did he stay in the vehicle?   Did he get out of

12   the vehicle?

13      A.   Well, I didn't pull right up to my house.   I

14   pulled in -- I parked somewhere else where my car was

15   not visual.

16      Q.   Why?

17      A.   Because I was -- I just did that.   I don't have

18   a specific reason for doing it.

19      Q.   So you had to walk some amount of distance to

20   get to your house?

21      A.   No.   Just like my house is -- like probably

22   like not that much of a distance.   It was just no

23   parking for me to park in the front.

24      Q.   There wasn't any parking?

25      A.   Huh-uh.

                                                    108

WENDY SANCHEZ  4/21/2010

1    Q.  That's why you parked a little further down the

2    street?

3    A.  Yes.

4    Q.  So you get out of your vehicle.  Did

5    Mr. Aguirre get out with you?

6    A.  Yeah.  He got off and he just stood there

7    making some call.

8    Q.  Okay.  He stood by your car?

9    A.  Yes.

10   Q.  And then what did you do?

11   A.  I got off and I went back to my house.

12   Q.  There's a fence with a gate; correct?

13   A.  Yes.

14   Q.  What's the first thing you see when you see the

15   front of your house?  What do you see?

16   A.  The officer still standing -- Garcia still

17   standing by the tree.  And my sister's -- at that time

18   she was by herself sitting down at the same place where

19   I left her.

20   Q.  What about this other officer in black, was he

21   out front?

22   A.  I guess he was in the back 'cause I didn't see

23   him in the front anymore.

24   Q.  It's just Officer Garcia by the tree?

25   A.  Yes.

                                                    109

WENDY SANCHEZ  4/21/2010

1    Q.  Any other officers out front there when you
2  first get there?
3    A.  When I first get there, no.  After I enter,
4  then that's when they started coming to the front.
5    Q.  Let me get this.  What's the distance between
6  that tree and where your sister was sitting?
7    A.  Probably the tree is there in the corner, and
8  then my sister was right there.  There's not that much
9  of a distance.
10    Q.  Pointing to where the co-defense counsel is
11  sitting?
12    A.  Yes.
13    Q.  So the tree is in this corner and your sister
14  is standing approximately the distance where co-defense
15  counsel is sitting.  So I'd estimate that to be about,
16  what, like 15 feet?
17         MR. STRUGAR:  Fifteen to 20 I'd say.
18         MR. PIERCE:  Fifteen to 20 feet.  Okay.
19    Q.  So you walked through the front gate; correct?
20    A.  Correct.
21    Q.  And then where did you go after you walked
22  through the front gate?
23    A.  Straight to my sister.
24    Q.  Then what happened after that?
25    A.  Then there was also this reporter that went
                                                    110

WENDY SANCHEZ  4/21/2010

1    inside.

2        Q.  Where did that reporter come from, do you know?

3        A.  She was there with Aguirre at the time.

4        Q.  Did she show up later?

5        A.  She showed up -- she was in the same car with

6    us.

7        Q.  She was with you?

8        A.  Yeah.

9        Q.  So was the reporter at Pro-Uno?

10       A.  Yeah.  She was interviewing the mayor.

11       Q.  So the reporter and Aguirre and you all drove

12   in the same car?

13       A.  Yes.

14       Q.  That would be your vehicle?

15       A.  Yes.

16       Q.  And when you say the reporter went inside, what

17   do you mean she went inside?

18       A.  Inside the gate.

19       Q.  Then what happened after that?

20       A.  I went straight to my sister.  And then she

21   went inside.  And then I guess they asked -- the police

22   officer that was dressed in black asked her who she was.

23       Q.  You overheard that?

24       A.  Yeah.  I was like right there.

25       Q.  What did the reporter say?

                                                        111

WENDY SANCHEZ  4/21/2010

1   A.  That she was the reporter from a newspaper.  I

2   don't recall the name.  "Hoy" or something.

3   Q.  What is it?

4   A.  "Hoy."

5   MS. ANDERSON-BARKER:  H-o-y.

6   THE WITNESS:  Yeah.  I'm not quite sure.  But

7   I -- I can't remember that.  And that's when they -- he

8   escorted her out.  He said, "You can't be in here."

9   BY MR. PIERCE:

10  Q.  The officer in black?

11  A.  Yeah.

12  Q.  Do you know the name of the reporter?

13  A.  No.  I don't remember the name.

14  Q.  So then what happened after the officer in

15  black escorted the reporter out?  When you say "out,"

16  you mean outside the gate?

17  A.  Yeah, outside the gate.  She couldn't be inside

18  the gate.

19  Q.  What happened after that?

20  A.  After that, uh, I was still concerned about my

21  mom, so I wanted to go see, you know, how she was doing

22  and she was okay, and like to find out if there's any

23  way that I could change my sister or something.  They

24  wouldn't let me.

25  Q.  When you're saying "they," can you do me a

112

DOKICH COURT REPORTERS, INC.
800-720-9679

WENDY SANCHEZ   4/21/2010

1    favor and just say exactly who it was.

2        A.   Well, I don't know who he was, but it was just

3    an officer in black.  I don't remember his name.  But he

4    was the police officer in black.  I was like -- I'm

5    asking "Where's my mom?"  So I didn't want to even talk

6    to her, because he was laughing, just like -- I don't

7    even know why he was there.  And he's like, "Well, you

8    can't go back there.  I'm sorry.  You need to speak to

9    Ishibashi."

10            And I told him, "Okay, then let me speak to

11   him."

12            At that time they weren't aware that the mayor

13   was there.  I guess they called Ishibashi to come speak

14   with me.

15       Q.   When you say "they," who do you mean?

16       A.   The officer in black.

17       Q.   Okay.

18       A.   I informed them that I already went to go get

19   help and I went to go get the mayor and that he was here

20   and there's no way they were going to it, you know, take

21   my mom and my sister away.

22       Q.   When you say you "informed them," you informed

23   who?

24       A.   I informed Ishibashi.

25       Q.   What did you tell Ishibashi?

                                                    113

WENDY SANCHEZ  4/21/2010

A.  I told him that I needed to see my mom, I
wanted to know if she was okay, that my sister was, you
know, soaked, that I needed to attend my sister, and
see, you know, what was the situation with my mom.

Q.  Anything else you talked to him about?

A.  Basically he just told me that -- when I told
him that the mayor was here and that I had gotten help,
he was -- what he was doing was not right, his tone
totally changed.

Q.  This was Ishibashi?

A.  Yes.

Q.  Up until this point, is Officer Garcia still by
the tree?

A.  He heard that the mayor was there and he left.

Q.  At what point did Garcia leave?

A.  The tree was right here and Garcia was here and
I was like right here with Ishibashi.  And I told
Ishibashi, "Well, the mayor's here from Maywood.  And I
informed him what you guys are doing, it's not right.
And I informed him that Garcia, the officer, I didn't
even know he's on duty or not, that he's also in my
house."

As soon as I said that, he just walked out the
fence.  He left.  Then the -- Ishibashi was like, "Oh,
don't worry.  Don't worry.  We're about to leave."  He's
114

like, "I seen your room.  I see your degrees that you

have."

MS. ANDERSON-BARKER:  You can say it.

THE WITNESS:  He was like, "I know you're an

honor student.  You're not like those whores" --

MS. ANDERSON-BARKER:  Nice cop.

THE WITNESS:  -- "that I typically deal with."

BY MR. PIERCE:

Q.  Do you know what he meant by "those whores"?

A.  He's like, "I know your family's not like --

your family's different.  I have -- I had dealt with

worse -- like worse cases.  And we're going to leave in

a bit."

Q.  Was it your impression that when he was saying

"those whores" he just meant other people he's dealt

with in the past?

A.  That's what -- that's how I took it.

Q.  He wasn't referring to your family; correct?

A.  No.  He was just "like the other whores I dealt

with."  I don't know if other cases he's done or other

searches he has performed.  I don't know.

Q.  Up until this point, any other conversations

you recall having with Officer Garcia?

A.  Well, before like they called Ishibashi in,

he -- he told me "You guys should have left Maywood a

115

1  long time ago.  I don't know what you guys are still

2  doing here."

3      Q.  He said it just randomly, just said that?

4      A.  Yeah.  'Cause the whole time he was there, he

5  was just like looking at me and laughing.

6      Q.  Did you say anything to him when he was doing

7  that?

8      A.  I was so pissed.  I'm sorry.  I was mad.

9      Q.  Did you say anything to him like "Why are you

10  looking at me"?

11      A.  I did.  I told him, "You shouldn't even be

12  here.  I don't know what you're doing here."

13      Q.  What did he say?

14      A.  He's just laughing and saying nothing.

15      Q.  Anything else you recall, any other

16  conversations you had with Officer Garcia to this point?

17      A.  That I can recall, no.

18      Q.  Anything else that Officer Garcia did up until

19  this point that you haven't told us?

20      A.  That I could recall, no.

21      Q.  Up until this point, any other conversations

22  you had with the officer in black that you haven't told

23  us already?

24      A.  That I could recall, no.

25      Q.  Any other conduct you observed from that

116

officer in black up until this point that you haven't told us about already?

A.  That I could recall at this time, no.

Q.  And what about with Ishibashi, any other conversation you had with Ishibashi up until this point that you haven't told us about?

A.  No.

Q.  Any other conduct that you observed with regard to Ishibashi up until this point that you haven't told us about?

A.  Not at this time.

Q.  Then after Ishibashi says this thing about your diplomas and stuff like that and about your family, what's the next thing that happens?

A.  He gives me permission to go to the back to check on my mom.

Q.  What did he say in that regard, just "You can go back there and see your mom"?  What were the words?

A.  He's like -- he's like -- Ishibashi said, "Your mom's back there.  You go take a look at her."

So I -- I -- I did that.  And then my mom was sitting in a chair.  And in front of her was the Officer Serrata.

Q.  Uh-huh.

A.  The same one that was at the first search.  He

117

WENDY SANCHEZ  4/21/2010

was standing right in front of her.  And my mom was

having difficulty breathing.

Q.  Okay.  Did you have any conversations with your

mom before you noticed she was having difficulty

breathing?

A.  The only thing she was able to ask me was

"Where's your little sister?  Is she okay?"

Q.  Your mom asked you that?

A.  Yes.

Q.  Any other conversation you had with your mom

prior to you noticing that she had difficulty breathing?

A.  I just told her, "Everything's fine.  The

mayor's outside.  Don't worry about nothing."

Q.  Did you ask your mom at any point in time if

she was okay?

A.  I kind of noticed she was having problems

breathing.  And I asked her, "Are you okay?"

And she's like -- she couldn't speak.  She was

like really red.

Q.  Anything else about your mom that you noticed?

A.  She was just with her eyes closed.

Q.  Anything else?

A.  And then I just told them, "Can you guys call

an ambulance?  I don't think she feels good."

And Serrata's like, "She's just faking it.  She

118

WENDY SANCHEZ  4/21/2010

1   was fine.  She's a liar."

2        Q.  Anything else that was said by Serrata?

3        A.  He was just standing there like laughing.

4        MS. ANDERSON-BARKER:  Okay.  We're going to

5   take a break, Jonyson.

6        MR. PIERCE:  Okay.  Go ahead.

7        MS. ANDERSON-BARKER:  Let's go outside.

8        (Lunch recess from 12:51 p.m. to 1:32 p.m.)

9        MR. PIERCE:  Back on the record.

10       Q.  You understand you're still under oath?

11       A.  Yes.

12       Q.  Let me just ask you a quick background

13  information question.

14       Are you a legal resident?

15       MR. STRUGAR:  Objection.  She's not going to

16  answer that.

17       MS. ANDERSON-BARKER:  Yeah, we're instructing

18  them not to answer any questions on immigration.  So you

19  can do a motion, we can do a protective order.  We can

20  deal with that later.

21       MR. PIERCE:  That's fine.

22       MR. CARON:  Can we just have a stipulation,

23  then, on the record that that would apply to any

24  questions about immigration?  I mean, do you want us to

25  ask the question --                                119

WENDY SANCHEZ  4/21/2010

MS. ANDERSON-BARKER:  Status.  About status, yes.

MR. STRUGAR:  We can stipulate that that instruction will stand for any question about status.

MR. CARON:  Just so we don't have to keep asking the questions and getting the instruction.

MS. ANDERSON-BARKER:  Okay.  Yes.

MR. CARON:  Okay.

BY MR. PIERCE:

Q.  Okay.  We were last talking about you were with your mom during the second search warrant and something to the effect that Serrata said that she was faking it and he was standing there laughing.

Anything else you recall Officer Serrata saying to you at that point?

A.  He also told me to go to the front, that I couldn't be there, like "Get away from her."

Q.  What did you say in response?

A.  I said, "No.  My mom needs help."

Q.  Anything else that was said between you and Serrata at that point?

A.  Like at that point, what I could recall, it was just that.

Q.  Now, you said you noticed your mom was having problems breathing, she was red, she couldn't speak;

120

1   correct?

2       A.   Correct.

3       Q.   Anything else you noticed about your mom's

4   condition at that point?

5       A.   She was like holding her -- she had her -- her

6   right hand on her chest.

7       Q.   Anything else you noticed about your mother at

8   that point?

9       A.   At that point so far, that's what I can

10  remember.

11      Q.   Then what happened after this conversation with

12  Serrata, what happened next?

13      A.   One of the police officers in black was like,

14  "Don't worry.  We're going to call an ambulance for your

15  mom."

16      Q.   Do you know that officer's name?

17      A.   No, I don't know his name.

18      Q.   Just an officer in black?

19      A.   It was one of the officers in black.

20      Q.   And then what did you say in response to that?

21      A.   I was like "Thank you."  I was like, "Yeah."

22           And then I got a cardboard and I was throwing

23  around my mom because she was having difficulty

24  breathing.

25      Q.   A cardboard?

                                              121

WENDY SANCHEZ  4/21/2010

1    A.  It was like this cardboard.

2    Q.  So you were fanning your mom?

3    A.  Yes.

4    Q.  You were doing your hands up and down like

5    this?

6    A.  Yes.

7    Q.  You were fanning her with the cardboard; is

8    that correct?

9    A.  Correct.

10   Q.  Then what happened?

11   A.  And then the ambulance arrived.

12   Q.  How long after?  Let's say after you had this

13   conversation with Serrata, how long after did the

14   ambulance arrive?

15   A.  Approximately either ten or 15 minutes.

16   Q.  Was it paramedics? fire department?

17   A.  It was paramedics.

18   Q.  How many paramedics arrived?

19   A.  In the back it was two.

20   Q.  Just prior to the paramedics arriving, any

21   other conversations between you and Serrata?

22   A.  At that time, no.

23   Q.  Any conversations between you and anyone else

24   back there?

25   A.  At that time, no.                    122

WENDY SANCHEZ  4/21/2010

1  that you said to him at that point?

2      A.  At that point, no, I don't recall.

3      Q.  So, then, two paramedics arrived?

4      A.  Yes.  In the back.  Yes, two.

5      Q.  What did they do?

6      A.  They put some patches on my mom.  They were

7  checking her -- I don't know if it was her blood

8  pressure.  And they told her that they had to take her

9  in 'cause she wasn't -- she wasn't fine.  She refused.

10     Q.  Did they say what was wrong with your mother?

11     A.  They -- from what I recall, they said that how

12  her -- her -- her blood pressure, something was at the

13  rate that she could get a heart attack.

14     Q.  Anything else they said about her condition?

15     A.  That it was best for her to get hospitalized.

16     Q.  And you said your mom refused to go?

17     A.  My mom refused to go because she didn't want to

18  leave my sister alone.

19     Q.  And at this point your sister was out front

20  still?

21     A.  She was in the front.

22     Q.  As far as you know, she was still out front?

23     A.  She was in the front.  And the reporter was --

24  I told her if she could take a look at her.  She was

25  outside the gate.                                    124

DOKICH COURT REPORTERS, INC.
800-720-9679

WENDY SANCHEZ  4/21/2010

1   Q.  The reporter was outside the gate?

2   A.  Yes.

3   Q.  And your sister was -- was she still sitting in

4   that chair?

5   A.  She was still sitting in that chair.

6   Q.  Anything else you recall about what the

7   paramedics said about your mother's condition?

8   A.  They just made her sign a paper saying that --

9   to release them of anything in case something happens to

10  her, that she -- if she decides, it's on her own will or

11  something.  I don't recall exactly what it was.  But she

12  signed something off and they left.

13  Q.  Did you urge your mom to go to the hospital?

14  A.  Yes.

15  Q.  What did she say to you?

16  A.  She said, "No, because I can't leave your

17  sister by herself."

18  Q.  Any other conversations you had between you and

19  your mother up to this point?

20  A.  Then she asked me again, "Is your sister okay?

21  Did they take your sister?"

22      I told her, "No.  She's fine.  You need to calm

23  down.  She's in the front."

24  Q.  Anything else you talked about with your

25  mother?                                         125

WENDY SANCHEZ   4/21/2010

1    A.  That's it.  From what I recall, that's it.

2    Q.  How long were the paramedics at the scene?

3    A.  I'd say approximately like ten minutes or so.

4    Q.  Anything else that you saw them do for your

5  mother as far as, you know, treatment or anything that

6  they did?

7    A.  Basically just what I mentioned earlier, they

8  just checked her and then they left after she signed a

9  paper off.

10    Q.  And then what's the next thing that happened

11  after the paramedics left?

12    A.  After the paramedics left, then the officers,

13  including Serrata, proceeded to leave my house.

14    Q.  So how long after the paramedics left did

15  Officer -- did the officers including Serrata, how long

16  between that time?

17    A.  It wasn't that far a distance.  Probably like

18  right after they left, like four, five minutes.

19    Q.  So after the paramedics leave, four or five

20  minutes later the officers in black and the paramedics

21  leave -- I mean Serrata leave?

22    A.  Yes.

23    Q.  Any other conversations that you had with any

24  other officers or -- let's just start with the officers.

25  Let me actually back up a second.                    126

WENDY SANCHEZ  4/21/2010

1  with her?

2      A.  Most of the time my mom.  Sometimes it would be

3  myself.

4      Q.  But what you're saying is whenever she fell

5  asleep out there, she was with somebody?

6      A.  Yes.

7      Q.  And since the incident, has she fallen asleep

8  out there playing with her toys, that kind of thing?

9      A.  No.  She sleeps with us.

10     Q.  Okay.  When you say "sleeps with us," what do

11  you mean?

12     A.  Me and my mother.

13     Q.  Does she sleep with you and your mother or just

14  she either sleeps with you or she sleeps with your

15  mother.

16     A.  Either -- either with me or my mom.  But mostly

17  it's with my mom.

18     Q.  And she hasn't fallen asleep in the living room

19  since the incident?

20     A.  No.

21     Q.  Is that correct?

22     A.  Correct.

23     Q.  Can you describe for me the things that your

24  sister used to do before the incident that she does not

25  now do since the incident?

                                                   138

WENDY SANCHEZ  4/21/2010

1      A.   Things she used to do before all this happened;

2  right?

3      Q.   Correct.

4      A.   We were able to take her out to eat.  She was

5  able to go shopping in department stores.  She was more

6  relaxed.  She was more friendly towards people.  She was

7  more aware and outgoing.

8      Q.   More aware and outgoing?

9      A.   Yeah, and outgoing.

10     Q.   Anything else?  Give me the whole laundry list

11  of how she was before.

12     A.   She was able to go -- you know, sleep without

13  diapers.

14     Q.   Okay.

15     A.   We were teaching her how to, you know, phrase

16  words together since she can't speak, teaching her

17  slowly how to say "mom," "dad."

18     Q.   Anything else that you can think of?

19     A.   She was starting to start -- she was starting

20  to learn how to start to dress herself.

21     Q.   Anything else?

22     A.   And pick out her own like clothing and stuff.

23     Q.   Pick out her own clothing?

24     A.   Yeah.

25     Q.   Anything else?

                                          139

WENDY SANCHEZ  4/21/2010

1    A.  That I can recall, just that.

2    Q.  If there's anything else you can remember, just

3  let us know.  All right?

4         MR. STRUGAR:  You mentioned sleep earlier in

5  the deposition.

6         THE WITNESS:  Oh, yeah.  She was able to sleep

7  normally.  My mom actually put her to sleep early

8  because she had to go to school.  She would obey her on

9  that; she would fall asleep.  She'll have her like full

10 night rest.  She wouldn't wake up 'til my mom waked her

11 up for school.

12 BY MR. PIERCE:

13   Q.  Anything else?

14   A.  At this time, that's what I could recall.

15   Q.  Okay.  And since the incident, is she able to

16 do any of these activities?  Let me just ask you it this

17 way.  What can she not do since the incident?  Or what

18 does she not do?

19   A.  She -- the whole potty training went out the

20 door.  She -- we have to put diapers on her every night.

21 She wakes up like three or four times a night.

22   Q.  Okay.

23   A.  She turns on and off the light switches.

24   Q.  Anything else?

25   A.  We can't take her to eat or go shopping anymore

140

WENDY SANCHEZ  4/21/2010

1  because she won't get off the car.

2      Q.  Anything else?

3      A.  She's more withdrawn, like more sad.

4      Q.  Okay.  Anything else?

5      A.  So far that's -- that's what I could recall.

6      Q.  What school does she go to?

7      A.  Perez special ed school, I believe.

8      Q.  How long has she been going there?

9      A.  I believe since she -- well, to that school, I

10  don't know exactly the time range.  But she's been going

11  to special ed schools I believe since she was three.

12      Q.  Do you know how long she's been going to Perez

13  School, approximately?

14      A.  Approximately -- I'm not quite sure if it's

15  more than seven years or so.  I'm not quite sure.

16      Q.  Do you know what kind of treatment she has

17  received since the incident for her problems?

18      A.  At this time, I don't know.  I can't recall her

19  getting any treatment for that, any of that.

20      Q.  Do you know if she received any kind of

21  treatment at school, any kind of counseling or any kind

22  of, you know, special services that she received at

23  school since the incident?

24      A.  No.

25      Q.  Did you or your mother, did you tell anyone at

141

DOKICH COURT REPORTERS, INC.
800-720-9679

WENDY SANCHEZ  4/21/2010

1     the Perez School about these changes in her behavior?

2         A.  I believe my mom spoke to her psychologist.

3     I'm not quite -- I think she did, but I don't know

4     exactly when.  But it was after the incident.

5         Q.  Have you personally spoken with anyone from her

6     school --

7         A.  No.

8         Q.  -- told them about the changes you've seen?

9         A.  Personally myself, no.

10        Q.  And, then, you don't recall if she's had any

11    kind of treatment to deal with these issues since the

12    incident; is that correct?

13        A.  From what I know, she hasn't.

14        Q.  Do you know if she's been to any kind of doctor

15    at all for any kind of problem, whether it be mental,

16    emotional, physical since the incident?

17        A.  No.

18        Q.  You don't know or --

19        A.  No, she hasn't.

20        MR. STRUGAR:  She has gone back to school,

21    though, since and there's a psychologist there.

22        THE WITNESS:  Yeah.  And they evaluated her.

23    BY MR. PIERCE:

24        Q.  Did she miss any time from school, do you know?

25        A.  She will miss like a couple days after.  She

142

DOKICH COURT REPORTERS, INC.
800-720-9679

WENDY SANCHEZ 4/21/2010

1  wouldn't want to go to school anymore. My mom would

2  like have problems putting her in the bus. Before, you

3  know, she was all happy. She would wait outside for the

4  bus to get there. After that incident, even the bus

5  driver noticed that her change was drastically like

6  withdraw from everything.

7  Q. What time does she usually go to school?

8  A. It was, I think, around 8:00 the bus would come

9  and pick her up.

10  Q. 8:00 a.m.?

11  A. Uh-huh.

12  Q. Is that a "yes"?

13  A. Yes.

14  Q. And what time does she get home?

15  A. Like around 3:00, 3:30.

16  Q. You said she missed a couple days after the

17  incident. Has she missed any other time from school

18  because of the incident?

19  A. It was just those days that she wouldn't want

20  to go. And my mom would have to call and explain that

21  she couldn't.

22  Q. Any other problems that you've noticed that

23  your sister has been having since the incident that you

24  haven't told us already?

25  A. Just, basically, what I mentioned, you know,

143

WENDY SANCHEZ  4/21/2010

1   that she's totally a different person now.  Her skills

2   have gone down the drain all these years we've put into.

3       Q.  Do you still try to, I don't know, teach her

4   how to phrase words, stuff like that?

5       A.  Yeah, I still try like, you know, here and

6   there.  But it's kind -- it's harder now.

7       Q.  Does your mom do that too?

8       A.  Yeah.

9       Q.  If you could think of any other way that your

10  sister has changed since the incident, just let me know.

11  Okay?

12      A.  Okay.

13      Q.  How about your mother, has she changed at all

14  since the incident that you can tell?

15      A.  Yeah.

16      Q.  How so?

17      A.  She's always like sad.

18      Q.  Anything else?

19      A.  Basically she's just sad.  Like she's not like

20  she used to be before.  She doesn't want to go out

21  nowhere.

22      Q.  Anything else?

23      A.  At night like she's sitting down and -- 3:00 or

24  4:00 in the morning.  She can't sleep.

25      Q.  Anything else you can think of?

                                                    144

WENDY SANCHEZ  4/21/2010

1    A.  At this time, no.

2         MR. STRUGAR:  How about her ability to work?

3         THE WITNESS:  That she can't work because my

4    sister can't stay with anyone else.  If my mom leaves

5    her with someone else, she will start crying and then

6    screaming.  So my mom can't take that, so she just

7    stays.

8    BY MR. PIERCE:

9    Q.  Does that include you, like if she leaves your

10   sister with you, does she do the same thing?

11   A.  With me, no, because she knows me.  But I'm

12   always at work.

13   Q.  What did your mom do for employment before the

14   incident?

15   A.  She used to sew.

16   Q.  A seamstress?

17   A.  Yeah, clothes.  Like she will tailor clothes

18   and make clothes.

19   Q.  Who did she do that for, just -- did she do it

20   for companies or did she just do it for people that --

21   A.  It's either/or.  She'll do it for people or

22   she'll do it for this company called Big Fashion.

23   Q.  Okay.  What does she do exactly?  What does she

24   sew?

25   A.  She'll sew like little girls' dresses and like
                                                        145

WENDY SANCHEZ  4/21/2010

1     A.  And she's always -- she always gets sad because

2  she's like "All these years that -- that we invested in

3  your sister for her to get better.  We have to start

4  from ground zero."

5     Q.  These problems that you said your sister has

6  had since the incident, did she ever have any of those

7  problems before the incident?

8     A.  No.

9     Q.  Where is Gaudencio Lopez, your father, where is

10  he?

11     A.  Right now he's in Mexico.

12     Q.  Do you know where?

13     A.  In Queretaro.

14     Q.  Is that the same --

15     A.  Yeah.

16     Q.  -- city as your --

17     A.  My cousin.

18     Q.  Your cousin?

19     A.  Yeah.

20     Q.  Okay.  How long has he been there?

21     A.  He's going for a week.  Then he's going to be

22  back in about a couple days.

23     Q.  So he's just like on vacation or something?

24     A.  You could say that.

25     Q.  Is he coming back?

149

WENDY SANCHEZ  4/21/2010

1    Q.  And has that continued until the present day?

2    A.  She's no longer in school at this time.

3    Q.  When did she stop going to school?

4    A.  It was last -- I believe it was last year,

5    'cause they finished, graduated.  So her service is

6    finished.

7    Q.  And so now she just spends all day at the house

8    with your mother; is that correct?

9    A.  Correct.

10   Q.  You had testified that your mother does certain

11   things for your sister, like feeds her, clothes her; is

12   that correct?

13   A.  Correct.

14   Q.  And is that because she cannot feed herself?

15   A.  Yes.

16   Q.  And is it correct that she also can't clothe

17   herself?

18   A.  Correct.

19   Q.  Is there anything else that your sister needs

20   assistance with?

21        MR. STRUGAR:  Objection.

22        THE WITNESS:  Just showering.  Everything that

23   a normal person can do.

24   BY MR. CARON:

25   Q.  Okay.  So she needs assistance with bathing?

155

WENDY SANCHEZ   4/21/2010

1    A.  Yes.

2    Q.  If you know, how often in a week, how many

3    times in a given week on average does your sister leave

4    the house?

5    A.  A week?  Including weekends or just the week?

6    Q.  Including weekends.

7        MS. ANDERSON-BARKER:  Vague as to time.  What

8    time frame are we talking about, the present?

9    BY MR. CARON:

10   Q.  Let's limit it to since the incident.

11   A.  Since the incident, probably like once or

12   twice.  But she will not get off the car.

13   Q.  Since the incident she has not gone anywhere

14   except to school; is that correct?

15   A.  Correct.

16   Q.  You had said that before the incidents happened

17   you were attempting to potty train your sister, is that

18   correct, or you and your mother?

19   A.  My mother was already to the point that she was

20   able to go on her own.  Like you could say she was

21   already.  Only that in school they imply that she wear

22   them only at school in case any incident.  But at home

23   she was able to -- my mom would still guide her, of

24   course.  But she was able to go by herself.

25   Q.  So in school she was wearing the diapers

156

# EXHIBIT C

DAVID ISHIBASHI - 6/16/2010

Page 13

1       A       Cal State L.A.

2       Q       And what was that in?

3       A       Business administration.

4       Q       And when did you achieve that?

5       A       1986.

6       Q       And what year did you graduate high school?

7       A       1979.

8       Q       And when did you join the Bureau of

9   Investigation?

10      A       1999.

11   10:32:00    Q       Okay.

12              And you are still employed there; correct?

13      A       Yes.

14      Q       Before joining the Bureau of Investigation,

15   immediately prior to that, were you with Inglewood

16   P.D.?

17      A       Yes.

18      Q       What years were you with Inglewood P.D.?

19      A       1990 to 1999.

20      Q       And from 1986 to 1990, what did you do?

21      A       I had a small business.

22      Q       What business was your small business in?

23   10:32:30    A       It was a medical transcribing service.

24      Q       Not related to law enforcement in any way,

25   I assume.

DAVID ISHIBASHI - 6/16/2010

```
1                    A     No.

2                    Q     Fair -- I'm sorry.  That was a poor

3          question.  But I will withdraw it.

4                          You're currently a senior investigator with

5   10:33:00   the Bureau of Investigation?

6                    A     Yes.

7                    Q     For what period of time have you been a

8   10:33:30   senior investigator?

9                    A     Approximately 2000 until now.

10                   Q     And from 1999 to 2000, what was your title?

11                   A     Investigator.

12                   Q     What was the highest rank you achieved at

13         Inglewood P.D.?

14                   A     Field training officer.

15                   Q     And why did you leave Inglewood P.D. for

16  10:34:00   the Bureau of Investigation?

17                   A     More pay and opportunity to work more

18         investigations.

19                   Q     Can you sort of describe your position and

20         your duties as a senior investigator at the Bureau of

21  10:34:30   Investigation?

22                   A     Currently I am assigned to the United

23         States Marshals Fugitive Task Force.

24                   Q     What does that work entail?

25                   A     Some of my duties are to apprehend violent
```

DAVID ISHIBASHI - 6/16/2010

Page 16

1          Q     R-o-y-b-a-l?

2          A     R-o-y-b-a-l.

3                It's just a U.S. Marshals office.  It's

4    10:37:00   the base of the task force.

5          Q     And the task force officers themselves,

6    their employer is the U.S. Government; right?

7          A     Yes.  There are task force officers from

8    different agencies.

9          Q     Okay.

10   10:37:30         To your knowledge what different agencies

11   are the task force officers from that are part of

12   the fugitive task force that you are assigned to?

13         A     The U.S. Marshals, LAPD, L.A. County

14   Sheriff's, DEA, U.S. Immigration, California State

15   10:38:00   Parole, California Department of Corrections and

16   Rehabilitation, Pasadena P.D., Glendale P.D.,

17   Burbank P.D., and Inglewood P.D.

18   10:38:30   Q     The task force officers that are on your

19   team -- is it fair to say that you have sort of a

20   team on the task force, or do you work with the

21   entire task force?

22         A     It's pretty fluid.

23         Q     But those task force officers can come from

24   10:39:00   any of the law enforcement agencies that you just

25   named?

DAVID ISHIBASHI -- 6/16/2010

1            A    That's correct.

2            Q    Are you considered a task force officer?

3            A    Yes.

4            Q    Approximately how many task force officers

5    are on the U.S. Marshals Fugitive Task Force?

6            A    I would say -- in Los Angeles or in the

7  10:39:30    state?

8            Q    I'm sorry.

9                Yes, in Los Angeles.

10           A    I would say maybe -- I would say between

11    30 and 50.

12           Q    Okay.

13               Would you say it's pretty fluid as to who

14    you work with on a given assignment, meaning any of

15    those 30 to 50 officers may sort of assist on any

16    given task; is that fair?

17  10:40:00    A    That's correct.

18           Q    Do you have a regular shift?

19           A    No.

20           Q    Okay.

21           MR. LEE:  Objection.  Vague and ambiguous.

22    BY MR. STRUGAR:

23           Q    What kind of hours do you work in a week?

24           A    I believe it's called a four-ten, but I

25    would consider it a flex four-ten because of the

DAVID ISHIBASHI - 6/16/2010

```
1                    A    That's correct.

2                    Q    Do you ask for assistance from the local

3       police department in the general course, or is it an

4       exception, or how often does it happen?

5                    A    It happens 99 percent of the time.

6                    Q    Is it fair to say that the Bureau of

7  10:57:30   Investigation has a policy and procedures manual

8       that governs the conduct of employees of the B.O.I.?

9                    A    Yes.

10                   Q    Yes, that's correct?

11                   A    Yes.

12                   Q    And when you are -- withdrawn.

13                        And does the fugitive task force similarly

14      have a policies and procedures manual?

15                   A    Yes, that's correct.

16                   Q    And in your duties with the U.S. Marshals

17 10:58:00   Fugitives Task Force, are you expected to follow the

18      U.S. Marshals Task Force manual or the B.O.I. manual

19      or both; how does the interplay work with those

20      policies and procedures?

21                   A    I believe there's a Memorandum of

22      Understanding.   I go by our Bureau of Investigation

23 10:58:30   policy and procedures.

24                   Q    Is it your understanding that the

25      Memorandum of Understanding states that you will
```

DAVID ISHIBASHI - 6/16/2010

Page 50

| | | |
|---|---|---|
| 1 | 11:41:30 | search that would take place on the 22nd? |
| 2 | | A    Telephone call. |
| 3 | | Q    Was that from you? |
| 4 | | A    Yes, that's correct. |
| 5 | | Q    Did you ask for his presence at the |
| 6 | | execution of the search warrant? |
| 7 | | A    Yes, I did. |
| 8 | | Q    Why did you want Mr. Serrata there? |
| 9 | | A    Because of his expertise with the Maywood |
| 10 | | Locos. |
| 11 | | Q    Had you worked with Officer Serrata before? |
| 12 | 11:42:00 | A    Yes. |
| 13 | | Q    Prior to August 20, 2008, how many times |
| 14 | | had you liased or worked with Officer Serrata |
| 15 | | before? |
| 16 | | A    Three or four cases, maybe more. |
| 17 | | Q    And over what period of time were those |
| 18 | | three or four cases, maybe more? |
| 19 | 11:42:30 | A    I would say 2007 was the first, 2007 to |
| 20 | | 2008, a year -- yeah. |
| 21 | | Q    And was Officer Serrata present from the |
| 22 | | beginning of the execution of the search warrant or |
| 23 | | did he arrive after the search had already begun? |
| 24 | 11:43:00 | A    I think he was there from the beginning. |
| 25 | | Q    If you can recall, what time did you arrive |

DAVID ISHIBASHI - 6/16/2010

1    at the residence?

2         A    I would say between 4:00 and 5:00 a.m.

3         Q    And where did you meet up with the other

4    task force officers prior to executing the search

5    11:43:30   warrant?

6         A    I believe we had a briefing probably --

7    with S.E.B. probably maybe a half a mile away from

8    that location.

9         Q    Okay.

10        A    I don't recall.

11        Q    And that was all the task force officers

12   had a briefing with officers from S.E.B.?

13   11:44:00   A    Basically, yes.

14        Q    Was Officer Serrata present for that

15   briefing?

16        A    I don't recall if he was.

17        Q    We just ran over some other task officers

18   from the report.

19             But were the S.E.B. officers somebody

20   different or were they part of the individuals listed

21   here?

22        A    No, that's a different unit.

23        Q    Okay.

24   11:44:30        I asked were any other law enforcement

25   agents present for the April 22nd search -- I'm

DAVID ISHIBASHI - 6/16/2010

Page 55

1      Q      And what did you do during the time that

2  11:49:00    S.E.B. was securing the house?

3            A      I was outside the perimeter.

4            Q      Just waiting?

5            A      Yes, that's correct.

6            Q      Did you have any contact with any of the

7      family members or the residents during that 15 or

8      20 minutes?

9            A      Maybe stood where they were being

10     detained.  But, no, I can't recall speaking to

11     anybody.

12           Q      During those 15 or 20 minutes, the period

13  11:49:30    of time that the residents were removed from the

14     house and S.E.B. rendered it safe to search, did you

15     notice that one of the residents had a mental

16     disability?

17           A      Yes.

18           Q      How did that evidence itself to you?

19           A      That was part of the intelligence I

20  11:50:00    received prior to the search warrant, that there was

21     a female with a mental disability.

22           Q      And where did that intelligence come from?

23           A      From the informant.

24           Q      And then, when the family came out of the

25     house and was detained out front, was it apparent

DAVID ISHIBASHI - 6/16/2010

```
 1   11:50:30    which of the individuals was the one with the mental

 2               disability?

 3                   A    Yes.

 4                   Q    Fair to say her mental disability is in

 5               some way obvious from looking at her?

 6                   A    Yes.

 7                   Q    Did she behave in any way that evidenced

 8               her mental disability during that period of time

 9               while S.E.B. rendered the house safe to search?

10   11:51:00        A    I don't recall specifics.

11                   Q    And during that 15- or 20-minute period of

12               time, did you have any conversation or did any of the

13               family members say anything to you or did you say

14               anything to them?

15                   A    Not that I can recall, no.

16                   Q    After S.E.B. rendered the house safe to

17               search, what happened next?

18   11:51:30        A    We allowed the family to go back inside the

19               house in the living room.

20                   Q    I'm sorry.

21                        You arrived at the house between 4:00 and

22               5:00, you said?

23                   A    Yes.

24                   Q    And S.E.B. took about 15 to 20 minutes, did

25               you say --
```

DAVID ISHIBASHI - 6/16/2010

Page 64

| | | |
|---|---|---|
| 1 | 12:02:30 | believe on Page 7 it says, "Approximately 7:00 a.m. |
| 2 | | we completed our search of 3589 East 54th Street." |
| 3 | |         Does that time, 7:00 a.m., sound about |
| 4 | | right to you? |
| 5 | |     A    That's correct. |
| 6 | |     Q    During your interview with Ms. Martinez, |
| 7 | 12:03:00 | with Bertha, the mother, did she say anything to you |
| 8 | | regarding her daughter with the disability? |
| 9 | |     A    Not that I recall, no. |
| 10 | |     Q    During the entirety of your interaction |
| 11 | | with the family that day, did Bertha say anything to |
| 12 | | you about her daughter with the disability? |
| 13 | |     A    No. |
| 14 | |     Q    What about Wendy; during the entirety of |
| 15 | | your search that day, did Wendy say anything |
| 16 | 12:03:30 | regarding her sister? |
| 17 | |     A    No.  But I know I asked them if the -- if |
| 18 | | Bertha's daughter was okay.  That's all I recall. |
| 19 | |     Q    At what point in the search did you ask if |
| 20 | | Bertha's daughter was okay? |
| 21 | |     A    Right away. |
| 22 | |     Q    Was this still when the family was out on |
| 23 | | the street? |
| 24 | |     A    Yes, and when we went back inside the |
| 25 | | house. |

DAVID ISHIBASHI - 6/16/2010

Page 65

1          Q    So twice you asked her.

2   12:04:00        Did you direct that question at Bertha?

3          A    She couldn't understand English, but I know

4   I asked the daughter, Wendy.

5          Q    And do you recall what Wendy said in

6   response to either of those questions?

7          A    Yes, she's okay.

8          Q    She said that both times?

9          A    Yes.

10         Q    Okay.

11              Other than you asking Wendy those two

12  times if her sister was okay and her implying she

13  12:04:30  was, did you have any conversations with Wendy or

14  did Wendy say anything to you about her sister that

15  day?

16         A    No, I can't recall.

17         Q    How about with Mr. Olvera; did he say

18  anything about Maritza?

19         A    No.

20         Q    Were there any physical altercations with

21  the family that day?

22         A    No.

23         Q    Any verbal altercations with the family

24  that day?

25         A    No.

DAVID ISHIBASHI - 6/16/2010

Page 66

1        Q    Apart from Mr. Sanchez Lopez invoking his

2  12:05:00   Miranda rights, were the residents of the house

3        generally cooperative during the search?

4        A    Yes.

5        Q    Did you have any other interactions with

6        any of the family members during the search that day

7        that we haven't already discussed?

8        A    No.

9        Q    And after leaving at 7:00 a.m., what did

10       you do?

11       A    Probably booked the evidence.  First thing

12  12:05:30  we do is we debrief, just review.  We review how the

13       search warrant service went, if there's things we can

14       improve on, how the search went.  I believe I booked

15  12:06:00  the evidence.

16       Q    Where did the debrief take place?

17       A    I don't remember.  It was either at

18       Maywood Police Department in the parking lot or

19       where we had originally briefed up with S.E.B.      .

20       Q    Do you recall what you discussed at the

21       debrief; were there things you could have improved?

22       A    No, just in terms of -- normally when we

23       debrief, we talk about tactics, just general stuff.

24  12:06:30  Q    Do you recall anything, any specifics that

25       were said at the debriefing?

DAVID ISHIBASHI - 6/16/2010

Page 67

1           A    No.

2           Q    Fair to say the search warrant went well?

3           A    Yes.

4           Q    After you booked the evidence, what did you

5      do?

6           A    I don't remember.

7           Q    At some point that day, did you prepare the

8      report?

9           A    I probably started it, yeah.

10  12:07:00   Q    Do you recall when you finished it?

11          A    No.

12          Q    It seems to be dated at the top right of

13     the first page, August 22nd.

14               Would that be the date you finished it or

15     the date you started it?

16          A    It probably was that day.  If that's the

17     date, that's the day I wrote it.

18          Q    That's the date you completed it or the

19     date you started it?

20          A    That's the date I completed it.

21          Q    Other than this report, did you prepare any

22     other documentation regarding or in relation to the

23  12:07:30   search at the residence that day?

24          A    The search warrant return.

25          Q    What's that?

DAVID ISHIBASHI - 6/16/2010

Page 68

1    A    That's the document that's returned to the

2    Court, to the judge that approved the warrant.  That

3    documents the property that was seized because there

4    was property seized.

5    12:08:00    Q    Okay.

6    Any other paperwork generated in relation

7    to this search?

8    A    No.  Part of it is the property inventory

9    sheet, but that is part of the return.

10    Q    This report is titled at the top, "Request

11    for Investigation."

12    12:08:30    Why is it a Request for Investigation and

13    not, say, a report or something like that?

14    A    It's just a first report we use to open an

15    investigation.

16    Q    So because this was the first action taken

17    by the task force in relation to this investigation,

18    that's why it called for a Request for Investigation?

19    A    That's correct.

20    MR. STRUGAR:  Take five minutes?

21    MR. LEE:  Sure.

22    (Pause in the proceedings)

23    12:09:00    (Lunch Recess)

24    ---oOo---

25

DAVID ISHIBASHI - 6/16/2010

Page 69

LOS ANGELES, CALIFORNIA; JUNE 16, 2010

---oOo---

BY MR. STRUGAR:

    Q    Investigator Ishibashi, you understand you are still under oath?

    A    Yes.

    Q    Before we broke, we were discussing the search of 3589 East 54th Street that took place on August 22, 2008.

    I believe you said you were notified by the confidential informant that a young woman with a disability lived at the residence.

    A    That's correct.

    Q    Did the C.I. tell you that she had autism?

    A    No.

    Q    You just knew she had a mental disability?

    A    Very basic, yes.

    Q    What did you do with that information?

    A    Just briefed S.E.B. and the team I was out there with, the task force officers.

    Q    So that was part of the briefing that took place prior to the search about a half mile from the house?

    A    Yes.

DAVID ISHIBASHI - 6/16/2010

Page 70

1      Q     Do you recall what was said?

2      A     Basically just a notification where he

3   passed the information -- based on the information

4   he had, about who resides at the residence and that

5   depending on that information, it becomes something

6   that you have to consider when you are making entry.

7      Q     So apart from notifying the S.E.B. and the

8   other task force officers of one of the resident's

9   disability, I meant was there anything else more

10  specific than that?

11     A     Probably the number of adults residing

12  there, male and female, any children.

13     Q     Was there anything specific with regards to

14  the young woman's disability?

15     A     No.

16     Q     If you can recall, what property was

17  seized from the house that day, other than the

18  handgun?

19     A     I believe it was ammunition.

20     Q     Anything else?

21     A     Probably clothes.  I think it was clothes.

22     Q     Do you recall what the clothes were?

23     A     No.

24     Q     Do you recall why those were seized?

25     A     Yes.

DAVID ISHIBASHI - 6/16/2010

1    the house?

2         A    It was an assault weapon.

3         Q    And did you prepare the request for a

4    warrant?

5         A    Yes.

6         Q    Do you recall who was present to serve the

7    warrant with you?

8         A    No.

9         Q    Similar to the August 22nd search, you

10   prepared a report after the August 26, 2008 search;

11   right?

12        A    That's correct.

13        Q    And that report is one of the documents you

14   read in preparation for your deposition?

15        A    That's correct.

16             MR. STRUGAR:  Let's have it introduced so

17   we have it as part of the record of the deposition.

18             (Deposition Exhibit 2 was marked for

19             identification by the Certified Shorthand

20             Reporter and is attached hereto.)

21   BY MR. STRUGAR:

22        Q    Mr. Ishibashi, does what we've marked as

23   Exhibit 2 appear to be the same document that you

24   reviewed in preparation for your deposition?

25        A    That's correct.

DAVID ISHIBASHI - 6/16/2010

Page 73

1    Q    And this is the report you authored

2    regarding the August 26th search; is that correct?

3    A    That's correct.

4    Q    Here on the first page, second paragraph,

5    it seems to have a list of the law enforcement

6    officers that participated in that search on the

7    26th; is that correct?

8    A    That's correct.

9    Q    Apart from the individuals listed there, do

10   you recall any other law enforcement officers present

11   for the August 26th search?

12   A    No, I do not.

13   Q    Task Force Officer Salvador Reyes.

14       Mr. Reyes was present for the August 22nd

15   search as well?

16   A    That's correct.

17   Q    And the same for Mr. Avakemian?

18   A    Yes.

19   Q    And the same for Mr. Bergerson, Griffin

20   and Taylor?

21   A    That's correct.

22   Q    And this task force officer, Tim Ohno, he

23   wasn't there on the previous search, was he?

24   A    That's correct.

25   Q    Who is he?

DAVID ISHIBASHI - 6/16/2010

Page 74

1      A     He is a parole agent.

2      Q     Also with the C.D.C.R.?

3      A     That's correct.

4      Q     And Officer Serrata from the Maywood Police

5   Department was there for the August 28th as well;

6   correct?

7      A     That's correct.

8      Q     And at some point during the search that

9   day --

10         MR. LEE:  I'm sorry.  I think you meant

11   August 26th; right?

12         MR. STRUGAR:  I'm sorry.

13   BY MR. STRUGAR:

14      Q     Serrata was there on the 26th; correct?

15      A     That's correct.

16      Q     And he was also there on the 22nd?

17      A     That's correct.

18         MR. LEE:  Thank you.

19         MR. STRUGAR:  Thank you.

20   BY MR. STRUGAR:

21      Q     Did you have a similar debrief before the

22   August 26th search?

23      A     Yes.

24      Q     Do you recall where that took place?

25      A     No.

DAVID ISHIBASHI - 6/16/2010

Page 75

```
 1          Q    Do you recall if Officer Serrata was there?

 2          A    Yes, he was.

 3          Q    So Officer Serrata was also present when

 4   you arrived at the house that day; correct?

 5          A    That's correct.

 6          Q    A Sergeant Garcia from the Maywood Police

 7   Department showed up sometime later during the

 8   search; is that right?

 9          A    Yes, that's correct.

10          Q    And he wasn't there when you initially

11   arrived at the residence to execute the search?

12          A    No, he was not.

13          Q    I'm sorry.  I screwed that question up.

14               Was Officer Garcia there when you arrived

15   to serve the search warrant?

16          A    No, not that I recall.

17          Q    And Deputy Janell -- I'm not going to be

18   able to pronounce this H-o-n-h-k-e.

19          A    Honhke.

20          Q    -- from the marshal service arrived with a

21   K-9 unit later; correct?

22          A    That's correct.

23          Q    She was also not there to serve the warrant

24   at the beginning; correct?

25          A    That's correct.
```

DAVID ISHIBASHI - 6/16/2010

Page 76

1      Q    And you were the investigating officer for

2  that search that day?

3      A    Yes, that's correct.

4      Q    Were you wearing the same plain clothes

5  with ballistic vests?

6      A    Yes, with police identification on it.

7  Yes.

8      Q    Approximately how long were you at the

9  residence that day?

10     A    Two-and-a-half, three hours.

11     Q    After the debrief, you traveled to the

12  residence that day?

13     A    Yes.

14     Q    Do you recall how you arrived at the

15  residence?

16     A    By vehicle.

17     Q    Was it an unmarked, sort of, sedan?

18     A    Mine was unmarked.  I believe Serrata went

19  in his police car, in his marked police vehicle.

20     Q    And what happened next after you arrived?

21     A    We walked up to the residence.  As we were

22  walking up the driveway, we saw Bertha, her daughter,

23  an adult male -- I believe Joaquen was his name --

24     Q    The cousin?

25     A    Yeah, the cousin.

DAVID ISHIBASHI - 6/16/2010

Page 78

1    search of the house.  I escorted them to the front

2    porch of the house, all three together.

3         Q    The house, if I recall correctly, has sort

4    of a gated front yard area.

5         A    Yes.  I believe it was a chain link fence.

6         Q    And so you escorted the family to the front

7    of the house inside the chain link fence?

8         A    Yes.

9         Q    And were they cooperative?

10        A    Yes.

11        Q    At that time, when you escorted the family

12   to the front porch, did Maritza seem distressed in

13   any way?

14        A    No.

15        Q    Do you recall what time you arrived at the

16   house?

17        A    Approximately 11 -- between 11:15 and

18   11:30.

19        Q    You escorted the family to the sort of

20   front yard/front porch area.

21             What happened next?

22        A    I explained that we were going to do the

23   search and we started our search.

24        Q    Was the door open; did they have to let you

25   in; how did that happen?

DAVID ISHIBASHI - 6/16/2010

1      A     It was a very low-key contact.  No guns

2    were drawn.  We had already taken the husband into

3    custody.  So basically we just walked down the

4    driveway and contacted her.

5      Q     Okay.

6            On Page 2 of your report, at the top

7    there, at approximately 11:30 a.m., you -- the

8    residence was cleared for officer safety and the

9    search began.  Then at about ten after noon,  Deputy

10   Honhke arrived with the K-9.

11           Is that consistent with your recollection?

12     A     Yes.

13     Q     Then the interview with Bertha began at

14   approximately 12:28; is that correct?

15     A     Yes.

16     Q     So between 11:30 and 12:20, as the

17   investigating officer supervising the search, what

18   did you do?

19     A     We were just searching.

20     Q     Were you participating opening up drawers

21   and searching or were you supervising other officers

22   doing that?

23     A     Both.

24     Q     Your report evidences that you recovered

25   one live .45 caliber bullet and one live 9 millimeter

DAVID ISHIBASHI – 6/16/2010

1    at this time?

2         A    Yes.

3         Q    Still all three of them together?

4         A    I believe so, yes.

5         Q    And when you began your interview of

6    Bertha, where did that interview take place?

7         A    By the garage.

8         Q    And independent of your report, do you have

9    a recollection of that interview taking place in the

10   garage?

11        A    I just recall the cell phone incident.

12        Q    So you don't have an independent

13   recollection of where the interview with Ms. Martinez

14   took place?

15        A    In the garage, in the backyard.

16        Q    Fair to say the garage is in sort of the

17   backyard of the house?

18        A    It is.  It's on, I believe, the west side

19   of the property.  It's a detached garage in back of

20   the house.

21        Q    And that interview took place with

22   translation through Task Force Officer Reyes;

23   correct?

24        A    That's correct.

25        Q    And apart from your report, do you have an

1     independent recollection of Officer Reyes providing

2     translation?

3          A    Yes, that's correct.

4          Q    Did Officer Serrata take part in that

5     interview?

6          A    I believe he was there.

7          Q    He was there, meaning he was there in the

8     backyard area near the garage wall during the

9     interview of Ms. Martinez?

10         A    Yes, that's correct.

11         Q    Do you recall how it came to be that mom

12    was in the backyard for the interview?

13         A    No, I don't recall.  I know she was

14    initially in the front.  I was involved in the

15    search.  I don't recall how she came to the back.

16         Q    Did you request her presence in the

17    backyard?

18         A    It's possible.

19              (Interruption in the proceedings)

20              (Whereupon the record was read as

21         follows:

22              "Q    Did you request her presence in the

23         backyard?

24              "A    It's possible.")

25

DAVID ISHIBASHI - 6/16/2010

Page 88

1    front of the house.

2            And then at some point later, after the

3    search had gone on for a little while, Ms. Martinez

4    was interviewed at the back of the house again; is

5    that correct?

6        A    That's correct.  I stand corrected.

7        Q    And did the cell phone incident happen

8    when you first encountered the family in the

9    driveway, or did the cell phone incident happen

10   during the interview with Ms. Martinez that happened

11   sometime later?

12       A    The later time.

13       Q    You said the interview of Ms. Martinez

14   that took place near the garage in the back, when

15   Ms. Martinez was not with her other two family

16   members, you said that interview was fairly short?

17       A    That's correct.

18       Q    What did you ask her?

19       A    I think the cell phone went off.  I can't

20   recall specific questions.  All of that is documented

21   in my report.  I don't remember any of the questions.

22       Q    Do you recall the general nature of the

23   questions?

24       A    No.

25       Q    Were the questions regarding firearms or

DAVID ISHIBASHI - 6/16/2010

1    Officer Garcia sometime after the interview with

2    Ms. Martinez; or do you have any sense of where in

3    the time frame you encountered Sergeant Garcia?

4         A    No, I don't recall.

5         Q    When you encountered Sergeant Garcia in the

6    front yard, were Maritza and the cousin still in the

7    front yard?

8         A    Yes, I believe so.

9         Q    Was the cousin with Maritza the entire time

10   in the front yard?

11        A    I believe so.

12             MR. LEE:  I just want to object real

13   quickly.  Calls for speculation.

14             He wasn't always in the front yard.  So in

15   all fairness...

16   BY MR. STRUGAR:

17        Q    When you were in the front yard and

18   witnessed Maritza, was the cousin always with her?

19        A    I believe so, yes.

20        Q    When you interviewed Bertha, do you recall

21   what her responses were regarding the firearms?

22        A    Basically, denying knowledge.

23        Q    Was she -- apart from denying knowledge,

24   was she cooperative?

25        A    Yes, she was.

DAVID ISHIBASHI - 6/16/2010

1      A     No.

2      Q     Do you recall giving Ms. Sanchez permission

3   to go back and see her mother at any point?

4      A     Now that you mention it, I believe I did,

5   yes.

6      Q     And how did that happen; did she ask to go

7   back and see her mother and you said yes; do you have

8   any recollection of the context of what you said to

9   her?

10     A     I don't recall that.  It is possible it may

11  have been related to her complaint of chest pain.

12     Q     Her mother's complaint of chest pain?

13     A     That's correct.

14     Q     Did Wendy, during the entire time you were

15  at the residence that day on the 26th, did Wendy say

16  anything to you about her sister?

17     A     No, I don't recall that.  No.

18     Q     Do you recall her asking if she could

19  change her sister's clothes?

20     A     It's possible.

21     Q     Did you notice that Maritza had soiled her

22  clothing that day?

23     A     No, I did not.

24     Q     At any time on August 26, 2008, did you

25  make any statements regarding taking Maritza Martinez

```
 1        Q    Do you recall any of the interaction
 2   between Ms. Martinez and the paramedics?
 3        A    No.
 4        Q    Did she decline medical treatment or did
 5   the paramedics decide she was okay independent of --
 6        A    They decided she was stable, yes.
 7        MR. LEE:  Objection.  Again, speculation.
 8        You don't know exactly the reason why if
 9   you weren't there.
10        MR. STRUGAR:  He said he was there.
11   BY MR. STRUGAR:
12        Q    What happened after the paramedics left?
13        A    I believe we did a walk-through with the
14   older daughter, with Wendy, ensured there was no
15   property damage, then left.
16        Q    Did you take any after photos after the
17   walk-through with Wendy?
18        A    I don't recall if there were or not.
19        Q    Your report evidences that you left a
20   little after 2:15.
21        Does that seem consistent with your
22   recollection?
23        A    That's correct.
24        Q    At any time on August 26, 2008, did you
25   understand Bertha to make any requests regarding her
```

DAVID ISHIBASHI - 6/16/2010

Page 116

1          (Pause in the proceedings)

2          (Deposition Exhibit 3 was marked for

3      identification by the Certified Shorthand

4      Reporter and is attached hereto.)

5   BY MR. STRUGAR:

6      Q    Mr. Ishibashi, here is a copy of what we've

7   marked as Exhibit 3.

8          Mr. Ishibashi, this is a copy of your

9   interrogatory responses to interrogatories issued by

10  Bertha Martinez in this case.

11         On Page 15, the verification page, there

12  at the bottom, is that your signature?

13     A    Yes.

14     Q    Did you read and verify the answers to the

15  plaintiff's interrogatories before signing?

16     A    Yes.

17     Q    Have you seen this document before today?

18     A    Yes.

19     Q    Have you read the questions and verified

20  the responses and ensured they were correct before

21  today?

22     A    Yes.

23     Q    I have a question about interrogatory

24  Number 22, which is on Page 13.

25         Interrogatory Number 22 says, "Describe any

DAVID ISHIBASHI - 6/16/2010

1    attempts you made to accommodate Plaintiff Maritza

2    Sanchez Martinez's disability during the August 26,

3    2008 incident."  Then there is some objecting

4    language.

5             "Defendant did not separate Maritza Sanchez

6    Martinez from family members and was allowed to be

7    together with them while the search of the premises

8    was conducted."

9             Is that correct?

10   A    Technically, yes.

11   Q    What do you mean, "technically"?

12   A    They were in the front together on the

13   second search warrant and I was searching the house.

14   So I don't recall me separating them from each other,

15   from coming from the front to the back.

16   Q    Okay.

17   A    I don't recall how they got -- how they

18   were separated, how she got separated from the

19   daughter.

20   Q    So fair to say that when Ms. Martinez was

21   being interviewed in the back for that period of time

22   before the paramedics came, Maritza was not with

23   Bertha in the back; is that right?

24   A    That is correct.

25   Q    So to the extent that this suggests that