# EXHIBIT B

WENDY SANCHEZ  4/21/2010

1   Q.  You were still at work?

2   A.  Yes.

3   Q.  What did she tell you when she called?

4   A.  The police is in your house, can you go and see

5   what's going on.  And I just hanged up and left.

6   Q.  And then you went straight to your house?

7   A.  Yes.

8   Q.  Were you with anyone at that point?

9   A.  No.

10  Q.  What time did you arrive at your house?

11  A.  Probably like around 1:00.

12  Q.  What's the first thing you saw when you arrived

13  at your house?

14  A.  The first thing I saw was my sister sitting

15  down in a little chair by herself unattended.

16  Q.  Where was she sitting?

17  A.  In front of the house by the small porch.

18  Q.  What else did you see at that point?

19  A.  An officer that was searching a car that was

20  parked there.

21  Q.  When you say "parked there," parked where?

22  A.  In my parking lot.

23  Q.  In your driveway?

24  A.  Driveway, yes.

25  Q.  Whose car was that?

94

1  said his name was Garcia?

2  A. Yeah.

3  Q. What else did you see when you first got there?

4  A. Basically just in front of my house, because I

5  was not able to go inside or towards the back area.

6  Q. So what else did you see in the front of the

7  house area? You said you saw your sister, you saw an

8  officer in black searching your mom's car, and you saw

9  Officer Garcia by a tree in the front yard?

10  A. Yes.

11  Q. Anything else that you can recall seeing in

12  that front yard area when you first got there?

13  A. At that time, no.

14  Q. So I take it you walked up to the officer by

15  the tree?

16  A. Yes.

17  Q. What did you say to him and what did he say to

18  you?

19  A. He just asked like what was I doing.

20  Q. What did you say in response?

21  A. I asked him, I said, "What are you doing here"?

22  Q. What did he say?

23  A. He didn't respond.

24  Q. He didn't respond?

25  A. Huh-uh. No.

96

1    Q.  Any other conversation you had with that

2   officer?

3    A.  At that time, no.

4    Q.  So I presume you pulled up to a front area.

5   Did you just park your car in the street?  Did you park

6   in the driveway?

7    A.  In the street.

8    Q.  You parked in the street.  You got out of your

9   car; correct?

10    A.  Correct.

11    Q.  Did you walk up to the officer first thing?

12    A.  No.  I just went straight to my sister.

13    Q.  Okay.  So is there a gate or something that you

14   have to go through?

15    A.  It's a gate.

16    Q.  So you get out of your car, you walk through

17   the gate, and you went straight to your sister?

18    A.  Yes.

19    Q.  What did you do when you got to your sister?

20    A.  Well, she just grabbed my hand and she wouldn't

21   let me go.  And she was just crying and screaming and

22   shaking.

23    Q.  And at that moment when you go to your sister,

24   the officer is still by the tree, the Maywood officer is

25   still by the tree?

97

1    A.  Yes.

2    Q.  And then the officer in black is still

3  searching your mom's car?

4    A.  No.  He stopped already.

5    Q.  Where was that officer when you went -- when

6  you first got to your sister?

7    A.  The one in black?

8    Q.  Yes.

9    A.  He was like looking inside the car.

10    Q.  And then when you first got to your sister,

11  Officer Garcia was still by the tree?

12    A.  Yes.

13    Q.  And then your sister was grabbing you, she was

14  crying, screaming, and shaking.  What's the very next

15  thing that happened after you got to your sister?

16    A.  He just asked me "What are you doing here?"

17    Q.  Who asked you?

18    A.  Officer Garcia.

19    Q.  Okay.  And this is when you had this

20  conversation?

21    A.  Yes.

22    Q.  You said, "What are you doing here?"

23    A.  Yes.

24    Q.  He said nothing.

25        Then what happened?

98

1    A.  Uh, after that I was trying -- I spoke to the

2    police -- the other officer in black and I was asking

3    for my mom.

4    Q.  And that was the officer who was searching your

5    mom's car?

6    A.  Yes.

7    Q.  What did that officer say to you?

8    A.  He said, "Oh, you can't talk to her right now.

9    She's in the back."

10    Q.  Then what's the next thing that you did -- let

11    me strike that.

12        Then what happened after that?

13    A.  I just asked why was my sister here by herself.

14    Q.  What did the officer say?

15    A.  He said nothing.  He just said, "She can't be

16    with your mom right now."

17    Q.  And this was the officer in black?

18    A.  Yes.

19    Q.  At this point was Officer Garcia still by the

20    tree?

21    A.  Yes.

22    Q.  And then what's the next thing that happened?

23    A.  Then the officer in black told me that they

24    were going to deport my family.

25    Q.  Then what happened?

99

DOKICH COURT REPORTERS, INC.
800-720-9679

WENDY SANCHEZ 4/21/2010

1     A. And that Ishibashi was the one who was calling

2 shots and that your freedom was in his hands.

3     Q. The officer in black said that?

4     A. Yes.

5     Q. Then what happened?

6     A. Then I left.

7     Q. Did you have any other conversations with that

8 officer in black or with Officer Garcia before you left?

9     A. No.

10     Q. Why did you leave?

11     A. To get help.

12     Q. At that moment just before you leave, were

13 there any other officers out in that front yard area?

14     A. No.

15     Q. Did you see any other officers, whether it be

16 in the house or in the back, at that point?

17     A. That I could see, it was just those two.

18     MS. ANDERSON-BARKER: Can we take a one-minute

19 break for a second? Off the record. Outside.

20     (Discussion held outside deposition proceedings

21 between the witness and both her counsel from 12:25 p.m.

22 to 12:27 p.m.)

23     MR. PIERCE: Back on the record.

24     Q. You understand you're still under oath?

25     A. Yes.

                                                      100

1    Q.  So you left to get help.  Where did you go?

2    A.  Well, before I left to go get help, like

3  there's a thing that I forgot to tell you.  Since you

4  didn't ask me, I thought I wasn't supposed to say it.

5  But when I got there, my sister -- you know, I was -- my

6  sister was holding me.  And there was a cop that was

7  searching the car.  And then my sister was crying, like

8  she wouldn't want to let me go.  That's when the police,

9  you know, he asked me "What are you doing here" and I

10  asked him "What are you doing here."  And my sister

11  had -- she had urinated on herself and --

12    MR. STRUGAR:  Take your time.

13    THE WITNESS:  I asked if I could go inside and

14  change her, and they said no.

15  BY MR. PIERCE:

16    Q.  You asked who?

17    A.  The police officer in black.

18    Q.  And he said no?

19    A.  Yes.  He said no.

20    And then after, Garcia approached me and he

21  said "You need to pack your sister's stuff."

22    Q.  Okay.  Anything else?

23    A.  "If she's menstruating, put her sanitary

24  napkins in the bag."

25    Q.  Okay.  Anything else that he said?

                                              101

WENDY SANCHEZ  4/21/2010

1       A.   "Because we're taking her away."

2       Q.   Anything else that was said?

3       A.   Then I tried to go to the back to see if my mom

4    was okay.  And they told me that I couldn't go back

5    there.

6       Q.   When you say "they," who told you?

7       A.   The police officer in black.

8       Q.   How did you know that your sister had urinated

9    on herself?

10      A.   Because she was practically soaked.

11      Q.   How could you tell?

12      A.   'Cause when she got up, all her pants were wet.

13      Q.   What was she wearing?

14      A.   Some sweatpants.

15      Q.   What else was she wearing?

16      A.   And a T-shirt.

17      Q.   Anything else?

18      A.   She was just carrying her little toys that she

19   carries.

20      Q.   Did she have any shoes on?

21      A.   She just had some socks.

22      Q.   Does she wear diapers?

23      A.   Yeah.

24      Q.   At that time she wore diapers?

25      A.   Only in school 'cause we try to potty train her

102

WENDY SANCHEZ 4/21/2010

1  at home.  So at home we try to not use the diapers.

2    Q.  So in school she wears diapers, but at home she

3  does not wear diapers?

4    A.  Yes.

5    Q.  Because you try to potty train her?

6    A.  Yes.

7    Q.  How long has that been going on?

8    A.  For a couple years.

9    Q.  Has that been working?

10    A.  It was working.

11    Q.  For how long was that working?

12    A.  For the years that -- before that incident, she

13  was able to go by herself, wake up in the night.  At

14  this time she's not doing that anymore.

15    Q.  Anything else that Officer Garcia said to you

16  up until this point?

17    A.  To that point, from what I recall, it was just

18  that.

19    Q.  Okay.  So he said "You need to pack your

20  sister's stuff"?

21    A.  Yes.

22    Q.  And he said, "If she's menstruating, then put

23  sanitary napkins because we're going to take her away,"

24  he said that?

25    A.  Yeah.

                                                    103

WENDY SANCHEZ  4/21/2010

1     Q.  Anything else the officer in black said to you

2  up until this point?

3     A.  He didn't mention none of that, no.

4     Q.  I mean anything else that -- you said that the

5  officer in black said some things here --

6     A.  After, yeah.

7     Q.  -- and I'm trying to find out if there's

8  anything else he said to you.

9     A.  No, just after when he said that, you know, my

10  family was in the hands of Ishibashi, that he was the

11  only one calling -- he uses a word like "shots," if they

12  were going to take them away or not.

13     Q.  And the police officer in black said you

14  couldn't go back there?

15     A.  Yes.

16     Q.  Anything else you recall that Officer Garcia

17  said to you up until this point?

18     A.  That he said to me, just at this time that.

19     Q.  Anything else you can recall the officer in

20  black said to you up until this point?

21     A.  Just to -- just what I mentioned earlier.

22     Q.  And when you say she was soaked, I mean, how

23  could you tell she was soaked?

24     A.  Because when she got -- she -- her toys fell

25  and she got up to get them and she was wet, all her

                                                    104

DOKICH COURT REPORTERS, INC.
800-720-9679

WENDY SANCHEZ  4/21/2010

1   pants.  And then I was asking them if I could please go

2   inside and change her, and they said no.

3        Q.  When you say "they said no," who said no?

4        A.  The police officer in black.

5        Q.  And then after that, you left?

6        A.  Yes.

7        Q.  And then where did you go?

8        A.  To this -- this club in Maywood.  It's like an

9   organization for the community.  It's called Pro-Uno.

10       Q.  Spell it.

11       A.  Pro-Uno, P-r-o.

12       Q.  Uno, U-n-o?

13       A.  Yeah.

14       Q.  Why did you go there?

15       A.  I know that most of the time the mayor is

16   there.  I was hoping that he would be there and that he

17   could help me.

18       Q.  So you went to Pro-Uno by yourself?

19       A.  Yes.

20       Q.  And how long would you say that you were at

21   your house the first time -- from the time you first got

22   there until the time that you left?

23       A.  Probably like approximately 20 or something

24   minutes.

25       Q.  How long did it take you to get to Pro-Uno?

                                                        105

WENDY SANCHEZ  4/21/2010

1  A.  Like five minutes.

2  Q.  How long were you at Pro-Uno?

3  A.  Probably like two minutes.

4  Q.  Did you speak with anyone there?

5  A.  Yes.

6  Q.  Who did you speak with?

7  A.  The mayor.

8  Q.  What was his name?

9  A.  I don't remember his name at this time.

10  Q.  Was it Felipe Aguirre?

11  A.  Yeah, Felipe Aguirre.

12  Q.  What did you tell Mr. Aguirre?

13  A.  That they were -- the police were at my house

14  and they were claiming to deport my -- my mother and my

15  sister, take them away.

16  Q.  At the time of the incident, did you have a

17  cell phone?

18  A.  I don't remember if I forgot it at work.

19  Q.  But you had one, though?

20  A.  Yes.

21  Q.  Could you take pictures with the cell phone?

22  A.  With that cell phone that I have at that time,

23  yes, I could.

24  Q.  But you don't know -- let me ask it this way.

25  Did you have it with you at the time that you first went

106

WENDY SANCHEZ  4/21/2010

1   to your house during the second search warrant?

2       A.  No, I didn't.

3       Q.  You think you left your cell phone at work?

4       A.  I did.

5       Q.  Were you able to take any kind of pictures of

6   your sister in her condition?

7       A.  No.

8       Q.  Any video?

9       A.  No.

10      Q.  Anything else that you talked to Aguirre about?

11          MR. STRUGAR:  Objection.  At Pro-Uno or at any

12  other time?

13  BY MR. PIERCE:

14      Q.  At Pro-Uno.

15      A.  Just what I mentioned earlier, that I need

16  help.

17      Q.  And then what did he say?

18      A.  He said, "Okay.  Take me to where you live."

19      Q.  Did he go with you?

20      A.  Yes.

21      Q.  Did he drive in a separate vehicle?  That's

22  what I'm getting at.

23      A.  Together.

24      Q.  How long did it take you to get back to your

25  house?

                                                    107

WENDY SANCHEZ  4/21/2010

1      A.   The same.  Five minutes.

2      Q.   When you arrived back at your house, was it

3   just you and Mr. Aguirre?

4      A.   It was just me by myself.

5      Q.   I thought he drove with you.

6      A.   Yeah.  But he didn't go with me in the house.

7   He wanted to first figure out what was going on.

8      Q.   So you pull up to your house.  You were

9   driving; correct?

10      A.   Yes.

11      Q.   Did he stay in the vehicle?  Did he get out of

12   the vehicle?

13      A.   Well, I didn't pull right up to my house.  I

14   pulled in -- I parked somewhere else where my car was

15   not visual.

16      Q.   Why?

17      A.   Because I was -- I just did that.  I don't have

18   a specific reason for doing it.

19      Q.   So you had to walk some amount of distance to

20   get to your house?

21      A.   No.  Just like my house is -- like probably

22   like not that much of a distance.  It was just no

23   parking for me to park in the front.

24      Q.   There wasn't any parking?

25      A.   Huh-uh.

                                                    108

DOKICH COURT REPORTERS, INC.
800-720-9679

WENDY SANCHEZ 4/21/2010

1    Q.  That's why you parked a little further down the

2    street?

3    A.  Yes.

4    Q.  So you get out of your vehicle.  Did

5    Mr. Aguirre get out with you?

6    A.  Yeah.  He got off and he just stood there

7    making some call.

8    Q.  Okay.  He stood by your car?

9    A.  Yes.

10   Q.  And then what did you do?

11   A.  I got off and I went back to my house.

12   Q.  There's a fence with a gate; correct?

13   A.  Yes.

14   Q.  What's the first thing you see when you see the

15   front of your house?  What do you see?

16   A.  The officer still standing -- Garcia still

17   standing by the tree.  And my sister's -- at that time

18   she was by herself sitting down at the same place where

19   I left her.

20   Q.  What about this other officer in black, was he

21   out front?

22   A.  I guess he was in the back 'cause I didn't see

23   him in the front anymore.

24   Q.  It's just Officer Garcia by the tree?

25   A.  Yes.

                                                    109

WENDY SANCHEZ   4/21/2010

1      Q.  Any other officers out front there when you

2  first get there?

3      A.  When I first get there, no.  After I enter,

4  then that's when they started coming to the front.

5      Q.  Let me get this.  What's the distance between

6  that tree and where your sister was sitting?

7      A.  Probably the tree is there in the corner, and

8  then my sister was right there.  There's not that much

9  of a distance.

10     Q.  Pointing to where the co-defense counsel is

11  sitting?

12     A.  Yes.

13     Q.  So the tree is in this corner and your sister

14  is standing approximately the distance where co-defense

15  counsel is sitting.  So I'd estimate that to be about,

16  what, like 15 feet?

17         MR. STRUGAR:  Fifteen to 20 I'd say.

18         MR. PIERCE:  Fifteen to 20 feet.  Okay.

19     Q.  So you walked through the front gate; correct?

20     A.  Correct.

21     Q.  And then where did you go after you walked

22  through the front gate?

23     A.  Straight to my sister.

24     Q.  Then what happened after that?

25     A.  Then there was also this reporter that went

110

WENDY SANCHEZ  4/21/2010

1   inside.

2       Q.   Where did that reporter come from, do you know?

3       A.   She was there with Aguirre at the time.

4       Q.   Did she show up later?

5       A.   She showed up -- she was in the same car with

6   us.

7       Q.   She was with you?

8       A.   Yeah.

9       Q.   So was the reporter at Pro-Uno?

10      A.   Yeah.  She was interviewing the mayor.

11      Q.   So the reporter and Aguirre and you all drove

12  in the same car?

13      A.   Yes.

14      Q.   That would be your vehicle?

15      A.   Yes.

16      Q.   And when you say the reporter went inside, what

17  do you mean she went inside?

18      A.   Inside the gate.

19      Q.   Then what happened after that?

20      A.   I went straight to my sister.  And then she

21  went inside.  And then I guess they asked -- the police

22  officer that was dressed in black asked her who she was.

23      Q.   You overheard that?

24      A.   Yeah.  I was like right there.

25      Q.   What did the reporter say?

                                              111

WENDY SANCHEZ  4/21/2010

1    A.  That she was the reporter from a newspaper.  I

2    don't recall the name.  "Hoy" or something.

3    Q.  What is it?

4    A.  "Hoy."

5        MS. ANDERSON-BARKER:  H-o-y.

6        THE WITNESS:  Yeah.  I'm not quite sure.  But

7    I -- I can't remember that.  And that's when they -- he

8    escorted her out.  He said, "You can't be in here."

9    BY MR. PIERCE:

10   Q.  The officer in black?

11   A.  Yeah.

12   Q.  Do you know the name of the reporter?

13   A.  No.  I don't remember the name.

14   Q.  So then what happened after the officer in

15   black escorted the reporter out?  When you say "out,"

16   you mean outside the gate?

17   A.  Yeah, outside the gate.  She couldn't be inside

18   the gate.

19   Q.  What happened after that?

20   A.  After that, uh, I was still concerned about my

21   mom, so I wanted to go see, you know, how she was doing

22   and she was okay, and like to find out if there's any

23   way that I could change my sister or something.  They

24   wouldn't let me.

25   Q.  When you're saying "they," can you do me a

112

DOKICH COURT REPORTERS, INC.
800-720-9679

1  favor and just say exactly who it was.

2      A.  Well, I don't know who he was, but it was just

3  an officer in black.  I don't remember his name.  But he

4  was the police officer in black.  I was like -- I'm

5  asking "Where's my mom?"  So I didn't want to even talk

6  to her, because he was laughing, just like -- I don't

7  even know why he was there.  And he's like, "Well, you

8  can't go back there.  I'm sorry.  You need to speak to

9  Ishibashi."

10     And I told him, "Okay, then let me speak to

11  him."

12     At that time they weren't aware that the mayor

13  was there.  I guess they called Ishibashi to come speak

14  with me.

15     Q.  When you say "they," who do you mean?

16     A.  The officer in black.

17     Q.  Okay.

18     A.  I informed them that I already went to go get

19  help and I went to go get the mayor and that he was here

20  and there's no way they were going to it, you know, take

21  my mom and my sister away.

22     Q.  When you say you "informed them," you informed

23  who?

24     A.  I informed Ishibashi.

25     Q.  What did you tell Ishibashi?

113

WENDY SANCHEZ  4/21/2010

A.  I told him that I needed to see my mom, I
wanted to know if she was okay, that my sister was, you
know, soaked, that I needed to attend my sister, and
see, you know, what was the situation with my mom.

Q.  Anything else you talked to him about?

A.  Basically he just told me that -- when I told
him that the mayor was here and that I had gotten help,
he was -- what he was doing was not right, his tone
totally changed.

10   Q.  This was Ishibashi?

11   A.  Yes.

12   Q.  Up until this point, is Officer Garcia still by

13   the tree?

14   A.  He heard that the mayor was there and he left.

15   Q.  At what point did Garcia leave?

16   A.  The tree was right here and Garcia was here and

17   I was like right here with Ishibashi.  And I told

18   Ishibashi, "Well, the mayor's here from Maywood.  And I

19   informed him what you guys are doing, it's not right.

20   And I informed him that Garcia, the officer, I didn't

21   even know he's on duty or not, that he's also in my

22   house."

23            As soon as I said that, he just walked out the

24   fence.  He left.  Then the -- Ishibashi was like, "Oh,

25   don't worry.  Don't worry.  We're about to leave."  He's

114

like, "I seen your room.  I see your degrees that you have."

      MS. ANDERSON-BARKER:  You can say it.

      THE WITNESS:  He was like, "I know you're an honor student.  You're not like those whores" --

      MS. ANDERSON-BARKER:  Nice cop.

      THE WITNESS:  -- "that I typically deal with."

BY MR. PIERCE:

    Q.  Do you know what he meant by "those whores"?

    A.  He's like, "I know your family's not like -- your family's different.  I have -- I had dealt with worse -- like worse cases.  And we're going to leave in a bit."

    Q.  Was it your impression that when he was saying "those whores" he just meant other people he's dealt with in the past?

    A.  That's what -- that's how I took it.

    Q.  He wasn't referring to your family; correct?

    A.  No.  He was just "like the other whores I dealt with."  I don't know if other cases he's done or other searches he has performed.  I don't know.

    Q.  Up until this point, any other conversations you recall having with Officer Garcia?

    A.  Well, before like they called Ishibashi in, he -- he told me "You guys should have left Maywood a

115

WENDY SANCHEZ  4/21/2010

1  long time ago.  I don't know what you guys are still

2  doing here."

3     Q.  He said it just randomly, just said that?

4     A.  Yeah.  'Cause the whole time he was there, he

5  was just like looking at me and laughing.

6     Q.  Did you say anything to him when he was doing

7  that?

8     A.  I was so pissed.  I'm sorry.  I was mad.

9     Q.  Did you say anything to him like "Why are you

10  looking at me"?

11     A.  I did.  I told him, "You shouldn't even be

12  here.  I don't know what you're doing here."

13     Q.  What did he say?

14     A.  He's just laughing and saying nothing.

15     Q.  Anything else you recall, any other

16  conversations you had with Officer Garcia to this point?

17     A.  That I can recall, no.

18     Q.  Anything else that Officer Garcia did up until

19  this point that you haven't told us?

20     A.  That I could recall, no.

21     Q.  Up until this point, any other conversations

22  you had with the officer in black that you haven't told

23  us already?

24     A.  That I could recall, no.

25     Q.  Any other conduct you observed from that

116

WENDY SANCHEZ  4/21/2010

officer in black up until this point that you haven't

told us about already?

     A.   That I could recall at this time, no.

     Q.   And what about with Ishibashi, any other

conversation you had with Ishibashi up until this point

that you haven't told us about?

     A.   No.

     Q.   Any other conduct that you observed with regard

to Ishibashi up until this point that you haven't told

us about?

     A.   Not at this time.

     Q.   Then after Ishibashi says this thing about your

diplomas and stuff like that and about your family,

what's the next thing that happens?

     A.   He gives me permission to go to the back to

check on my mom.

     Q.   What did he say in that regard, just "You can

go back there and see your mom"?  What were the words?

     A.   He's like -- he's like -- Ishibashi said, "Your

mom's back there.  You go take a look at her."

          So I -- I -- I did that.  And then my mom was

sitting in a chair.  And in front of her was the Officer

Serrata.

     Q.   Uh-huh.

     A.   The same one that was at the first search.  He

                                                      117

WENDY SANCHEZ  4/21/2010

was standing right in front of her.  And my mom was

having difficulty breathing.

Q.  Okay.  Did you have any conversations with your

mom before you noticed she was having difficulty

breathing?

A.  The only thing she was able to ask me was

"Where's your little sister?  Is she okay?"

Q.  Your mom asked you that?

A.  Yes.

Q.  Any other conversation you had with your mom

prior to you noticing that she had difficulty breathing?

A.  I just told her, "Everything's fine.  The

mayor's outside.  Don't worry about nothing."

Q.  Did you ask your mom at any point in time if

she was okay?

A.  I kind of noticed she was having problems

breathing.  And I asked her, "Are you okay?"

And she's like -- she couldn't speak.  She was

like really red.

Q.  Anything else about your mom that you noticed?

A.  She was just with her eyes closed.

Q.  Anything else?

A.  And then I just told them, "Can you guys call

an ambulance?  I don't think she feels good."

And Serrata's like, "She's just faking it.  She

118

WENDY SANCHEZ   4/21/2010

1   was fine.  She's a liar."

2       Q.  Anything else that was said by Serrata?

3       A.  He was just standing there like laughing.

4           MS. ANDERSON-BARKER:  Okay.  We're going to

5   take a break, Jonyson.

6           MR. PIERCE:  Okay.  Go ahead.

7           MS. ANDERSON-BARKER:  Let's go outside.

8           (Lunch recess from 12:51 p.m. to 1:32 p.m.)

9           MR. PIERCE:  Back on the record.

10      Q.  You understand you're still under oath?

11      A.  Yes.

12      Q.  Let me just ask you a quick background

13  information question.

14          Are you a legal resident?

15          MR. STRUGAR:  Objection.  She's not going to

16  answer that.

17          MS. ANDERSON-BARKER:  Yeah, we're instructing

18  them not to answer any questions on immigration.  So you

19  can do a motion, we can do a protective order.  We can

20  deal with that later.

21          MR. PIERCE:  That's fine.

22          MR. CARON:  Can we just have a stipulation,

23  then, on the record that that would apply to any

24  questions about immigration?  I mean, do you want us to

25  ask the question --                              119

DOKICH COURT REPORTERS, INC.
800-720-9679

MS. ANDERSON-BARKER: Status. About status, yes.

MR. STRUGAR: We can stipulate that that instruction will stand for any question about status.

MR. CARON: Just so we don't have to keep asking the questions and getting the instruction.

MS. ANDERSON-BARKER: Okay. Yes.

MR. CARON: Okay.

BY MR. PIERCE:

Q. Okay. We were last talking about you were with your mom during the second search warrant and something to the effect that Serrata said that she was faking it and he was standing there laughing.

Anything else you recall Officer Serrata saying to you at that point?

A. He also told me to go to the front, that I couldn't be there, like "Get away from her."

Q. What did you say in response?

A. I said, "No. My mom needs help."

Q. Anything else that was said between you and Serrata at that point?

A. Like at that point, what I could recall, it was just that.

Q. Now, you said you noticed your mom was having problems breathing, she was red, she couldn't speak;

120

WENDY SANCHEZ  4/21/2010

1   that you said to him at that point?

2       A.  At that point, no, I don't recall.

3       Q.  So, then, two paramedics arrived?

4       A.  Yes.  In the back.  Yes, two.

5       Q.  What did they do?

6       A.  They put some patches on my mom.  They were

7   checking her -- I don't know if it was her blood

8   pressure.  And they told her that they had to take her

9   in 'cause she wasn't -- she wasn't fine.  She refused.

10      Q.  Did they say what was wrong with your mother?

11      A.  They -- from what I recall, they said that how

12  her -- her -- her blood pressure, something was at the

13  rate that she could get a heart attack.

14      Q.  Anything else they said about her condition?

15      A.  That it was best for her to get hospitalized.

16      Q.  And you said your mom refused to go?

17      A.  My mom refused to go because she didn't want to

18  leave my sister alone.

19      Q.  And at this point your sister was out front

20  still?

21      A.  She was in the front.

22      Q.  As far as you know, she was still out front?

23      A.  She was in the front.  And the reporter was --

24  I told her if she could take a look at her.  She was

25  outside the gate.                                      124

WENDY SANCHEZ  4/21/2010

1    Q.  The reporter was outside the gate?

2    A.  Yes.

3    Q.  And your sister was -- was she still sitting in

4    that chair?

5    A.  She was still sitting in that chair.

6    Q.  Anything else you recall about what the

7    paramedics said about your mother's condition?

8    A.  They just made her sign a paper saying that --

9    to release them of anything in case something happens to

10   her, that she -- if she decides, it's on her own will or

11   something.  I don't recall exactly what it was.  But she

12   signed something off and they left.

13   Q.  Did you urge your mom to go to the hospital?

14   A.  Yes.

15   Q.  What did she say to you?

16   A.  She said, "No, because I can't leave your

17   sister by herself."

18   Q.  Any other conversations you had between you and

19   your mother up to this point?

20   A.  Then she asked me again, "Is your sister okay?

21   Did they take your sister?"

22       I told her, "No.  She's fine.  You need to calm

23   down.  She's in the front."

24   Q.  Anything else you talked about with your

25   mother?                                            125

DOKICH COURT REPORTERS, INC.
800-720-9679

WENDY SANCHEZ  4/21/2010

1   A.  That's it.  From what I recall, that's it.

2   Q.  How long were the paramedics at the scene?

3   A.  I'd say approximately like ten minutes or so.

4   Q.  Anything else that you saw them do for your

5 mother as far as, you know, treatment or anything that

6 they did?

7   A.  Basically just what I mentioned earlier, they

8 just checked her and then they left after she signed a

9 paper off.

10   Q.  And then what's the next thing that happened

11 after the paramedics left?

12   A.  After the paramedics left, then the officers,

13 including Serrata, proceeded to leave my house.

14   Q.  So how long after the paramedics left did

15 Officer -- did the officers including Serrata, how long

16 between that time?

17   A.  It wasn't that far a distance.  Probably like

18 right after they left, like four, five minutes.

19   Q.  So after the paramedics leave, four or five

20 minutes later the officers in black and the paramedics

21 leave -- I mean Serrata leave?

22   A.  Yes.

23   Q.  Any other conversations that you had with any

24 other officers or -- let's just start with the officers.

25 Let me actually back up a second.

                                              126

WENDY SANCHEZ   4/21/2010

1    Q.  Did you speak with Felipe --

2    A.  It was just Felipe.

3    Q.  Did you speak with him?

4    A.  Yes.

5    Q.  What did you talk to him about?

6    A.  He just asked me don't -- well, I didn't say

7    nothing.  He just told me, he's like, "Don't worry.

8    Everything's fine.  We're going to deal with what

9    happened here and we're going to resolve it."

10   Q.  Did he ever do anything, follow up with you

11   after that?

12   A.  He did follow up.  And then I wasn't able to

13   speak to him about anything.

14   Q.  I'm sorry.  You don't recall speaking with --

15   A.  I don't recall like speaking -- 'cause we go to

16   the same organization thing, so I seen him.  He just

17   told me, "Have you guys gotten any help regarding what

18   happened in your house, 'cause what happened in your

19   house was not right."  And then we proceeded to get help

20   after that.

21   Q.  You mean help, like legal help or something?

22   A.  Legal help.

23   Q.  Anything else you spoke with Felipe Aguirre

24   about right after the officers left?

25   A.  I don't recall anything at this time.

                                              129

DOKICH COURT REPORTERS, INC.
800-720-9679

1    Q.  Did you speak with the reporter after the

2  officers left?

3    A.  No.  I didn't have to say anything to her

4  'cause she seen what was going on.  She just asked me

5  "Are you okay?"

6          And I responded, "Yes."

7          She said, "Don't worry.  Your mom and your

8  sister, you know, they're fine at this time."

9    Q.  Did she tell you what she saw while you were in

10  the back?  Did she say anything like that?

11    A.  She was just keeping a eye on my sister.  She

12  just told me, "I was keeping an eye on your sister."

13  Meanwhile, she was just sitting there crying.

14    Q.  Was this the first time you had seen this

15  reporter or met this reporter?

16    A.  Yes.

17    Q.  Anything else you talked to this reporter about

18  that you can recall?

19    A.  No.

20    Q.  Did she provide you with any kind of video that

21  she took or pictures that she took?

22    A.  No.

23    Q.  Have you spoken with her at all since the

24  incident other than the time that she was at your house?

25    A.  No, I haven't.                          130

1   with her?

2       A.   Most of the time my mom.   Sometimes it would be

3   myself.

4       Q.   But what you're saying is whenever she fell

5   asleep out there, she was with somebody?

6       A.   Yes.

7       Q.   And since the incident, has she fallen asleep

8   out there playing with her toys, that kind of thing?

9       A.   No.   She sleeps with us.

10      Q.   Okay.   When you say "sleeps with us," what do

11  you mean?

12      A.   Me and my mother.

13      Q.   Does she sleep with you and your mother or just

14  she either sleeps with you or she sleeps with your

15  mother.

16      A.   Either -- either with me or my mom.   But mostly

17  it's with my mom.

18      Q.   And she hasn't fallen asleep in the living room

19  since the incident?

20      A.   No.

21      Q.   Is that correct?

22      A.   Correct.

23      Q.   Can you describe for me the things that your

24  sister used to do before the incident that she does not

25  now do since the incident?

                                                        138

WENDY SANCHEZ  4/21/2010

1      A.   Things she used to do before all this happened;

2  right?

3      Q.   Correct.

4      A.   We were able to take her out to eat.  She was

5  able to go shopping in department stores.  She was more

6  relaxed.  She was more friendly towards people.  She was

7  more aware and outgoing.

8      Q.   More aware and outgoing?

9      A.   Yeah, and outgoing.

10     Q.   Anything else?  Give me the whole laundry list

11  of how she was before.

12     A.   She was able to go -- you know, sleep without

13  diapers.

14     Q.   Okay.

15     A.   We were teaching her how to, you know, phrase

16  words together since she can't speak, teaching her

17  slowly how to say "mom," "dad."

18     Q.   Anything else that you can think of?

19     A.   She was starting to start -- she was starting

20  to learn how to start to dress herself.

21     Q.   Anything else?

22     A.   And pick out her own like clothing and stuff.

23     Q.   Pick out her own clothing?

24     A.   Yeah.

25     Q.   Anything else?

139

WENDY SANCHEZ  4/21/2010

1    A.   That I can recall, just that.

2    Q.   If there's anything else you can remember, just

3    let us know.  All right?

4         MR. STRUGAR:  You mentioned sleep earlier in

5    the deposition.

6         THE WITNESS:  Oh, yeah.  She was able to sleep

7    normally.  My mom actually put her to sleep early

8    because she had to go to school.  She would obey her on

9    that; she would fall asleep.  She'll have her like full

10   night rest.  She wouldn't wake up 'til my mom waked her

11   up for school.

12   BY MR. PIERCE:

13   Q.   Anything else?

14   A.   At this time, that's what I could recall.

15   Q.   Okay.  And since the incident, is she able to

16   do any of these activities?  Let me just ask you it this

17   way.  What can she not do since the incident?  Or what

18   does she not do?

19   A.   She -- the whole potty training went out the

20   door.  She -- we have to put diapers on her every night.

21   She wakes up like three or four times a night.

22   Q.   Okay.

23   A.   She turns on and off the light switches.

24   Q.   Anything else?

25   A.   We can't take her to eat or go shopping anymore

140

1   because she won't get off the car.

2       Q.  Anything else?

3       A.  She's more withdrawn, like more sad.

4       Q.  Okay.  Anything else?

5       A.  So far that's -- that's what I could recall.

6       Q.  What school does she go to?

7       A.  Perez special ed school, I believe.

8       Q.  How long has she been going there?

9       A.  I believe since she -- well, to that school, I

10  don't know exactly the time range.  But she's been going

11  to special ed schools I believe since she was three.

12      Q.  Do you know how long she's been going to Perez

13  School, approximately?

14      A.  Approximately -- I'm not quite sure if it's

15  more than seven years or so.  I'm not quite sure.

16      Q.  Do you know what kind of treatment she has

17  received since the incident for her problems?

18      A.  At this time, I don't know.  I can't recall her

19  getting any treatment for that, any of that.

20      Q.  Do you know if she received any kind of

21  treatment at school, any kind of counseling or any kind

22  of, you know, special services that she received at

23  school since the incident?

24      A.  No.

25      Q.  Did you or your mother, did you tell anyone at

                                                    141

WENDY SANCHEZ  4/21/2010

1   the Perez School about these changes in her behavior?

2       A.  I believe my mom spoke to her psychologist.

3   I'm not quite -- I think she did, but I don't know

4   exactly when.  But it was after the incident.

5       Q.  Have you personally spoken with anyone from her

6   school --

7       A.  No.

8       Q.  -- told them about the changes you've seen?

9       A.  Personally myself, no.

10      Q.  And, then, you don't recall if she's had any

11  kind of treatment to deal with these issues since the

12  incident; is that correct?

13      A.  From what I know, she hasn't.

14      Q.  Do you know if she's been to any kind of doctor

15  at all for any kind of problem, whether it be mental,

16  emotional, physical since the incident?

17      A.  No.

18      Q.  You don't know or --

19      A.  No, she hasn't.

20      MR. STRUGAR:  She has gone back to school,

21  though, since and there's a psychologist there.

22      THE WITNESS:  Yeah.  And they evaluated her.

23  BY MR. PIERCE:

24      Q.  Did she miss any time from school, do you know?

25      A.  She will miss like a couple days after.  She

                                                142

WENDY SANCHEZ  4/21/2010

1    wouldn't want to go to school anymore. My mom would

2    like have problems putting her in the bus. Before, you

3    know, she was all happy. She would wait outside for the

4    bus to get there. After that incident, even the bus

5    driver noticed that her change was drastically like

6    withdraw from everything.

7        Q.   What time does she usually go to school?

8        A.   It was, I think, around 8:00 the bus would come

9    and pick her up.

10       Q.   8:00 a.m.?

11       A.   Uh-huh.

12       Q.   Is that a "yes"?

13       A.   Yes.

14       Q.   And what time does she get home?

15       A.   Like around 3:00, 3:30.

16       Q.   You said she missed a couple days after the

17   incident. Has she missed any other time from school

18   because of the incident?

19       A.   It was just those days that she wouldn't want

20   to go. And my mom would have to call and explain that

21   she couldn't.

22       Q.   Any other problems that you've noticed that

23   your sister has been having since the incident that you

24   haven't told us already?

25       A.   Just, basically, what I mentioned, you know,

                                                    143

WENDY SANCHEZ  4/21/2010

1  that she's totally a different person now.  Her skills

2  have gone down the drain all these years we've put into.

3      Q.  Do you still try to, I don't know, teach her

4  how to phrase words, stuff like that?

5      A.  Yeah, I still try like, you know, here and

6  there.  But it's kind -- it's harder now.

7      Q.  Does your mom do that too?

8      A.  Yeah.

9      Q.  If you could think of any other way that your

10  sister has changed since the incident, just let me know.

11  Okay?

12      A.  Okay.

13      Q.  How about your mother, has she changed at all

14  since the incident that you can tell?

15      A.  Yeah.

16      Q.  How so?

17      A.  She's always like sad.

18      Q.  Anything else?

19      A.  Basically she's just sad.  Like she's not like

20  she used to be before.  She doesn't want to go out

21  nowhere.

22      Q.  Anything else?

23      A.  At night like she's sitting down and -- 3:00 or

24  4:00 in the morning.  She can't sleep.

25      Q.  Anything else you can think of?

144

1   A.   At this time, no.

2         MR. STRUGAR:   How about her ability to work?

3         THE WITNESS:   That she can't work because my

4   sister can't stay with anyone else.   If my mom leaves

5   her with someone else, she will start crying and then

6   screaming.   So my mom can't take that, so she just

7   stays.

8   BY MR. PIERCE:

9   Q.   Does that include you, like if she leaves your

10  sister with you, does she do the same thing?

11  A.   With me, no, because she knows me.   But I'm

12  always at work.

13  Q.   What did your mom do for employment before the

14  incident?

15  A.   She used to sew.

16  Q.   A seamstress?

17  A.   Yeah, clothes.   Like she will tailor clothes

18  and make clothes.

19  Q.   Who did she do that for, just -- did she do it

20  for companies or did she just do it for people that --

21  A.   It's either/or.   She'll do it for people or

22  she'll do it for this company called Big Fashion.

23  Q.   Okay.   What does she do exactly?   What does she

24  sew?

25  A.   She'll sew like little girls' dresses and like

145

WENDY SANCHEZ   4/21/2010

1    A.   And she's always -- she always gets sad because
2    she's like "All these years that -- that we invested in
3    your sister for her to get better.  We have to start
4    from ground zero."
5        Q.   These problems that you said your sister has
6    had since the incident, did she ever have any of those
7    problems before the incident?
8        A.   No.
9        Q.   Where is Gaudencio Lopez, your father, where is
10   he?
11       A.   Right now he's in Mexico.
12       Q.   Do you know where?
13       A.   In Queretaro.
14       Q.   Is that the same --
15       A.   Yeah.
16       Q.   -- city as your --
17       A.   My cousin.
18       Q.   Your cousin?
19       A.   Yeah.
20       Q.   Okay.  How long has he been there?
21       A.   He's going for a week.  Then he's going to be
22   back in about a couple days.
23       Q.   So he's just like on vacation or something?
24       A.   You could say that.
25       Q.   Is he coming back?

149

DOKICH COURT REPORTERS, INC.
800-720-9679

WENDY SANCHEZ   4/21/2010

1    Q.   And has that continued until the present day?

2    A.   She's no longer in school at this time.

3    Q.   When did she stop going to school?

4    A.   It was last -- I believe it was last year,

5    'cause they finished, graduated.  So her service is

6    finished.

7    Q.   And so now she just spends all day at the house

8    with your mother; is that correct?

9    A.   Correct.

10   Q.   You had testified that your mother does certain

11   things for your sister, like feeds her, clothes her; is

12   that correct?

13   A.   Correct.

14   Q.   And is that because she cannot feed herself?

15   A.   Yes.

16   Q.   And is it correct that she also can't clothe

17   herself?

18   A.   Correct.

19   Q.   Is there anything else that your sister needs

20   assistance with?

21        MR. STRUGAR:  Objection.

22        THE WITNESS:  Just showering.  Everything that

23   a normal person can do.

24   BY MR. CARON:

25   Q.   Okay.  So she needs assistance with bathing?

155

1   A.   Yes.

2   Q.   If you know, how often in a week, how many

3   times in a given week on average does your sister leave

4   the house?

5   A.   A week?   Including weekends or just the week?

6   Q.   Including weekends.

7   MS. ANDERSON-BARKER:   Vague as to time.   What

8   time frame are we talking about, the present?

9   BY MR. CARON:

10   Q.   Let's limit it to since the incident.

11   A.   Since the incident, probably like once or

12   twice.   But she will not get off the car.

13   Q.   Since the incident she has not gone anywhere

14   except to school; is that correct?

15   A.   Correct.

16   Q.   You had said that before the incidents happened

17   you were attempting to potty train your sister, is that

18   correct, or you and your mother?

19   A.   My mother was already to the point that she was

20   able to go on her own.   Like you could say she was

21   already.   Only that in school they imply that she wear

22   them only at school in case any incident.   But at home

23   she was able to -- my mom would still guide her, of

24   course.   But she was able to go by herself.

25   Q.   So in school she was wearing the diapers

156