# EXHIBIT D

```
 1   his name.  I just know his gang name that they
 2   called him, Heffe.
 3        Q    I'm sorry.
 4             That was Mrs. Martinez's husband, or that was
 5   one of the individuals that you arrested was Heffe?
 6        A    Mrs. Martinez's husband.
 7        Q    And other than the Mr. Valdivia incident,
 8   prior to August 20, 2008, had you ever interviewed
 9   any of the plaintiffs at any prior time?
10        A    I don't believe so.  If I did, like a --
11   what's the daughter's name?
12        Q    Wendy or Maritza -- Maritza has the
13   developmental disability.  Wendy is the other sister.
14        A    I may have Wendy, but not at that residence.
15   At that residence, no.
16        Q    Do you have a recollection at this time of
17   interviewing Wendy Sanchez somewhere else?
18        A    No.
19             (Pause in the proceedings)
20             MR. STRUGAR:  Okay.  Back on.
21   BY MR. STRUGAR:
22        Q    Officer Serrata, you participated in
23   carrying out a search at 3589 East 54th Street on or
24   about August 20, 2008?
25        A    Yes, sir.
```

1  Q   How did it come to be that you were
2  searching the residence that day?
3  A   Dave Ishibashi had contacted me. Usually
4  when he does search warrants in that area or he needs
5  a gang expert, he usually calls me.
6      And depending on the gang, I get
7  anything -- point out anything that's of the gang's
8  to take pictures of it or collect it as evidence.
9  Q   So it's fairly common for Dave Ishibashi to
10 contact you when he is carrying out a search in
11 Maywood?
12 A   Yes, sir.
13 Q   Prior to August 20, 2008, how many times
14 had you conducted a search with Dave Ishibashi?
15     MR. PIERCE: I'm just going to object as
16 vague and ambiguous.
17     You can go ahead and answer.
18     Assumes facts not in evidence.
19     THE WITNESS: Maybe four or five times,
20 possibly more. I just can't remember for sure.
21 BY MR. STRUGAR:
22 Q   And for the August 20th search, when did
23 you receive the call from Mr. Ishibashi?
24 A   I don't remember.
25 Q   Was it a day in advance of the search, the

1    A    I don't remember.

2    Q    Were you in uniform during that search?

3    A    I don't remember. I'm sure I was in some
4  type of uniform; maybe not this specific uniform,
5  but I was in uniform.

6    Q    When operating with this task force, do you
7  on occasion wear a different uniform than the one you
8  are wearing today?

9    A    Yes.

10   Q    Can you describe that uniform for me?

11   A    Well, sometimes I will wear a polo shirt. It's
12  a navy blue polo shirt. It's got silk screen patches on
13  both sleeves, a badge patch on the left breast, first
14  initial and last name on the right breast, "police" in
15  maybe five- or six-inch block letters on the back.

16        I usually wear that with a pair of jeans
17  or something like that. It also depends on what
18  we're doing. If we're doing surveillance, I will
19  just be wearing plain clothes.

20   Q    When you arrived at the residence on
21  August 20, 2008, what's the first thing you saw?

22   A    I don't remember.

23   Q    How many task force officers were there on
24  the 20th, approximately?

25   A    I'm just guessing, but maybe --

1       MR. PIERCE: Don't guess. Best estimate,
2  if you have an estimate. Give him a range.
3       THE WITNESS: Maybe five to seven.
4  BY MR. STRUGAR:
5       Q    That's not including yourself; correct?
6       A    Correct.
7       Q    And when you arrived, what's the first
8  thing you remember -- what's the first thing you
9  remember having happened on the August 20, 2008
10 incident?
11      A    I don't remember arriving. I just -- I
12 remember going into the residence and looking at
13 some -- I believe there were football jerseys with
14 numbers on them and some gang paraphernalia.
15           I remember approaching the residence. I
16 can't remember for sure if it was the 20th or the
17 26th.
18      Q    Specifically on the 20th, is it fair to
19 say you don't recall whether the search was already
20 in progress when you arrived or whether you were
21 there when they knocked on the door and first
22 entered the house?
23      A    I don't believe I was there when they first
24 knocked on the door. I may have been present maybe
25 in the street or something, but I wasn't -- I don't

1  paraphernalia on that occasion?
2      A   I can't remember.  I remember pointing out
3  gang graffiti, but it may have been the second time.
4  I'm not certain.
5      Q   When you were conducting the search of the
6  house, were the residents inside of the house at that
7  time?
8      A   I don't believe so.  The only person that
9  went in and out was -- what's the other daughter's
10 name?
11     Q   Maritza is the one with the mental
12 disability.
13     A   Maritza went in and out a few times.
14     Q   Your understanding is the family was
15 somewhere outside of the house?
16     A   Yes, sir.
17     Q   Do you remember if they were in front or
18 back?
19     A   I don't know where they were the entire
20 time because I wasn't with them the entire time.
21         But I believe they were in the driveway
22 adjacent to the house on the west side of the house
23 for part of the time.  I don't know that they were
24 there the whole time, no.
25     Q   And on that day you had occasion to observe

1    Maritza Sanchez Martinez?
2        A    Yes.
3        Q    Was it apparent that she had some kind of
4    mental disability?
5        A    Yes.
6        Q    And how was that apparent?
7        A    When she spoke to her mother, I couldn't
8    understand what she was saying.  She just appeared to
9    be wandering aimlessly in the front yard.  She was
10   playing with a doorknob on one of the doors quite a
11   bit and spinning the wheels on a car, just over and
12   over, staring at the car while the wheels turned.
13       Q    Was the car a toy car?
14       A    Yes, sir.
15       Q    Did it appear that she was --
16            I know you said you couldn't understand, but
17   did it appear that she was conversing with her mother?
18       A    Yes.
19       Q    Did it appear that her mother understood
20   what she was communicating to her mother?
21       A    I don't think she -- I don't know.
22       Q    You have some past familiarity with young
23   people with autism; is that correct?
24       A    Yes.
25       Q    Can you describe that for me?

1    A    My ex-girlfriend was a therapist for
2    autistic children.  She actually still is.  I spent
3    time with her and some autistic kids.  She was always
4    studying.
5         So in her study, she would go over the common
6    characteristics, things that they would do, like the
7    doorknob, staring at the spinning wheel, any of the
8    symptoms or stimulations.
9         She did like flapping of her hands, even
10   stood on her toes several times while walking around
11   the front yard; that was another characteristic that
12   was brought up.
13   Q    So it's fair to say that on August 20, 2008,
14   you recall Maritza displaying characteristics that you
15   know to be associated with autism?
16   A    Yes, sir.
17   Q    Other than observing Maritza, were you apprised
18   by anyone of her disability?
19   A    No, sir.
20   Q    Did any of the task force mention it to
21   you?
22   A    No, sir.
23   Q    Did any of her family members mention it to
24   you?
25   A    No, sir.

1      A      I don't believe so, but I'm not certain.

2      Q      Did you or the task force officers seize the
3   football jerseys you were speaking of earlier?

4      A      I don't know.  I don't remember.  Sometimes
5   they are seized and sometimes they just take
6   photographs.

7      Q      Did you seize any property that day?

8      A      No, sir.

9      Q      Do you know if the task force officers seized
10  any property that day?

11     A      No, sir.

12     Q      The husband/dad, the man of the house, so
13  to speak, was arrested that day; right?

14     A      I believe so, yes.

15     Q      Were any of the residents uncooperative in
16  any way during the August 20th search?

17     A      No.

18     Q      Did you have any conversations with
19  Bertha Martinez on August 20th?

20     A      No, sir.  She's a Spanish speaker.  So I
21  never spoke with her.

22     Q      Did you have any conversations through
23  anybody interpreting?

24     A      No, sir.

25     Q      On August 20, 2008, was there anyone who was

```
 1      Q    When did you first encounter Bertha?
 2      A    In the back patio.
 3      Q    Do you remember approximately how long you
 4   had been at the residence when you first encountered
 5   Bertha in the rear patio?
 6      A    No, but it was -- whatever the duration of
 7   time was, it was toward the end.
 8      Q    Do you know where she was the rest of the
 9   time?
10      A    No, sir.
11      Q    When you first encountered Bertha in the
12   rear patio, what was she doing?
13      A    Sitting on a chair.
14      Q    Was anyone with her?
15      A    No, sir.
16      Q    At some point did you participate in an
17   interview with Bertha in the backyard?
18      A    I believe I may have spoken with her
19   briefly.  But I don't speak Spanish, so I couldn't
20   interview her.
21      Q    You don't speak Spanish at all?
22      A    I speak a little bit, like enough to get a
23   name and address, stuff like that.  I can understand
24   it pretty well, but not to have a conversation, no.
25      Q    To the extent you can recall it, what was
```

```
 1   his face, no.
 2       Q    Do you recall the substance of
 3   Mr. Ishibashi's questions?
 4       A    No, I wasn't there for the whole
 5   interview.  I just heard him talking and the
 6   translator talking in Spanish.
 7       Q    Do you recall the general subject matter or
 8   anything that he was asking her?
 9       A    No, sir.
10       Q    What were you doing when Mr. Ishibashi was
11   interviewing Ms. Martinez?
12       A    Probably -- I don't remember for certain,
13   but I would imagine looking for more gang writings in
14   that area.
15       Q    So you just happened to be in the general
16   area as he interviewed her?
17       A    Yes, sir.
18       Q    Did you encounter Maritza on August 26, 2008?
19            MR. PIERCE:  Vague and ambiguous.
20            Go ahead.
21            THE WITNESS:  Did I contact her or just see
22   her?
23            I can't -- again, I remember her walking
24   around the yard, but I don't remember if it's because
25   of the August 20th or the 28th (sic).  She may have
```

1  been walking around both days.
2           MR. PIERCE:  You mean the 26th?
3           THE WITNESS:  Yeah, the 26th.
4  BY MR. STRUGAR:
5       Q   When you say walking around the yard, is
6  that the yard in the front of the residence?
7       A   Yes, sir.
8       Q   But you don't recall whether you saw her
9  walking around in the yard on the 20th or the 26th
10 or both days?
11      A   Correct.
12      Q   I know you don't speak Spanish.
13          But to the extent that you overheard any
14 conversations any of the task force officers had with
15 Bertha through the translator, did you hear her say
16 anything about her daughter?
17      A   No, I didn't pay attention to the
18 conversation -- I wasn't listening -- standing there
19 listening to the conversation.  I was just in the
20 area.
21      Q   You didn't ask Ms. Martinez any questions
22 that day?
23      A   Only in relation to when I called the
24 paramedics.
25      Q   And do you recall Mr. Ishibashi saying

1  A    Yes, sir.  I believe I said earlier that he
2  didn't translate, but I do believe I did ask him to ask
3  her where the gun was when we were looking for a gun that
4  day.  I believe I may have had him ask her that.
5  Q    You believe you asked Sergeant Garcia to
6  translate that question to Ms. Martinez?
7  A    Yes, sir.
8  Q    Did Ms. Martinez answer that question?
9  A    I believe so.  I don't remember what she
10 said though.
11 Q    Do you remember her telling you where a gun
12 was?
13 A    No, sir.
14 Q    Do you remember saying anything in response
15 to her answer about the gun?
16 A    No.
17 Q    Did you call her a liar?
18 A    No, sir.
19 Q    Other than using Sergeant Garcia to
20 translate the question about the gun, do you recall
21 using Sergeant Garcia to translate anything else to
22 Ms. Martinez?
23 A    No, sir.
24 Q    Do you recall using Sergeant Garcia to
25 translate anything else that day?

# EXHIBIT E

1   this disability?
2   A   Just her facial expressions, and when she
3   was walking. Couldn't tell what it was, but I saw
4   something was wrong. That's why she was allowed to
5   remain with mother and unhandcuffed.
6   Q   Prior to that incident of the report with
7   the man with the gun running into the house, had
8   you ever been present at that residence when
9   paramedics had been summoned before?
10  A   I don't recall.
11  Q   So apart from the man running into the
12  house with the gun and the vehicle in the driveway
13  with bullet holes, do you have any other
14  recollection of responding to calls for 3589 East
15  54th Street or dealing with the residents of 3589
16  East 54th Street prior to August 26, 2008?
17  A   I don't have any personal recollection of
18  responding out there, but I know that other
19  officers have responded.
20       MR. STRUGAR: Let's take five minutes, and
21  then we'll get into the actual date.
22       (Brief recess.)
23  Q   BY MR. STRUGAR: Sergeant Garcia, let's
24  turn our attention to the August 26, 2008 date.
25       Now, it's fair to say you were present for

1   a period of time at 3589 East 54th Street on August
2   26, 2008 while David Ishibashi and members of his
3   task force were carrying out a search warrant?
4       A    Yes.
5       Q    My understanding is that Mr. Ishibashi and
6   members of his task force carried out a previous
7   search and an arrest of one of the residents within
8   a week prior.
9            Am I right that you were not present for a
10  previous search by Mr. Ishibashi and his task force
11  prior to August 26, 2008?
12      A    You are correct.  I was not there.
13      Q    How did you come to be at the residence on
14  August 26, 2008?
15      A    I was made aware that there was a search
16  warrant that had been executed, and I responded to
17  the scene.
18      Q    Was your presence requested?
19      A    No, I don't believe so.
20      Q    How were you made aware that a search
21  warrant had been executed?
22      A    It was either by listening to the radio or
23  speaking to the dispatcher.  I don't remember.
24      Q    So why did you go to the residence?  I
25  understand you were made aware that a search

```
 1    utilizing on August 26, 2008?
 2         A    Dark blue police uniform with Maywood
 3    Cudahy patches on either shoulder, a badge over my
 4    left breast, name tag over my right breast, Sam
 5    Browne, dark trousers and dark boots.
 6         Q    Were you in a marked vehicle that day?
 7         A    Yes.
 8         Q    When you first arrived at the residence,
 9    what did you first see?
10         A    Maritza either sitting on the porch steps
11    or a chair in front of the residence and a male
12    U.S. marshal standing next to her.
13         Q    This is in front of the house in the gated
14    front yard area?
15         A    Yes.
16         Q    Did you see any other law enforcement
17    officers other than the U.S. marshal sitting next
18    to Maritza?
19              I'm sorry.  When you first arrived, did
20    you see any other law enforcement officers?
21         A    I don't think so.  I think Dave Ishibashi
22    walked out shortly after I arrived.
23         Q    Your understanding was that Dave Ishibashi
24    was the one serving the warrant that day?
25         A    Yes.  I don't know if I learned it from
```